MICHAEL J. VARTAIN [SBN 92366]
LINDA K. ADLER [SBN 199809]
**VARTAIN LAW GROUP**
601 Montgomery Street, Suite 540
San Francisco, CA 94111-2608
Telephone: [415] 391-1155
Facsimile: [415] 391-1177

Attorneys for Defendants
BERKEL & COMPANY CONTRACTORS, INC. and
BRIAN ZUCKERMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

CV 07    6440

| | |
|---|---|
| WINIFRED L. GIBSON-JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil Local Rule 3-16. the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.

3

4  DATED: December 21, 2007                    **VARTAIN LAW GROUP**

5
                                                BY: _____
6                                                   MICHAEL J. VARTAIN
                                                    LINDA K. ADLER
7                                                   Attorneys for Defendants
                                                    BERKEL & COMPANY CONTRACTORS, INC.
8                                                   and BRIAN ZUCKERMAN

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GIBSON-JONES v. BERKEL & COMPANY [USDC #*] – CERTIFICATE OF INTERESTED ENTITIES
OR PERSONS

S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\CertInterestParties.ple.doc                                -1-