1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC. and
6  BRIAN ZUCKERMAN

7

8              IN THE UNITED STATES DISTRICT COURT
                          FOR THE
9              NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND
10

11

12 | WINIFRED L. GIBSON-JONES,                       ) Federal Case No.: CV 0 7 – 0 6 4 4 0 WDB
                                                     )
13 |          Plaintiff,                             )
                                                     ) **DEFENDANTS BERKEL & COMPANY**
14 | vs.                                             ) **CONTRACTORS, INC. AND BRIAN**
                                                     ) **ZUCKERMAN'S CERTIFICATE OF**
15 | BERKEL & COMPANY CONTRACTORS,                   ) **SERVICE OF NOTICE OF REMOVAL**
   | INC., a foreign corporation; CHERNE             ) **TO FEDERAL COURT**
16 | CONSTRUCTION COMPANY, a foreign                 ) **(FEDERAL QUESTION AND/OR**
   | corporation; JESSICA BRAVERMAN-                 ) **DIVERSITY OF CITIZENSHIP)**
17 | SMITH, an individual; BRAVERMAN                 )
   | MEDIATION AND CONSULTING, a                     )
18 | California business entity; BRIAN               )
   | ZUCKERMAN, an individual; GREGORY A.            )
19 | SCHER, AKA WINGNUT SCHER, an                    )
   | individual, and DOES 1-50, inclusive,           )
20 |                                                 )
   |          Defendants.                            )
21 | _____)

22

23

24

25

26

27

28

**GIBSON-JONES v. BERKEL & COMPANY [USDC #CV076440 WDB] – BERKEL & COMP & BRIAN ZUCKERMAN'S CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\Cert. Service.ple.doc

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN
2  DISTRICT OF CALIFORNIA (SAN FRANCISCO):**

3  Charissa Gung certifies and declares as follows:

4  I am over the age of 18 years and not a party to this action.

5  My business address is 601 Montgomery Street, Suite 540, San Francisco, California
6  94111-2608, which is located in the city, county, and state where the mailing described below
7  took place.

8  On December 21, 2007, I deposited in the United States Mail at San Francisco,
9  California, a copy of the Notice to Adverse Party of Removal of Action to Federal Court dated
10 December 21, 2007, a copy of which is attached to this Certificate as **Exhibit A**.

11 I declare under penalty of perjury that the foregoing is true and correct.

12 Executed on December 21, 2007.

       /s/ Charissa Gung
       **Charissa Gung**

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC #CV076440 WDB] – BERKEL & COMP & BRIAN ZUCKERMAN'S CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT**

S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\Cert. Service.ple.doc    -1-