1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.,
6  BRIAN ZUCKERMAN, JESSICA BRAVERMAN-SMITH,
   AND BRAVERMAN MEDIATION & CONSULTING

7

8              IN THE UNITED STATES DISTRICT COURT
                            FOR THE
9               NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND

10

11

| | |
|---|---|
| 12  WINIFRED L. GIBSON-JONES, | Federal Case No**.: C V  0 7 - 6 4 4 0  WDB** |
| 13       Plaintiff, | |
| 14  vs. | **PROPOSED ORDER RE DEFENDANTS' MOTION TO DISMISS** |
| 15  BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE | **[F.R.C.P. RULE 12(b)]** |
| 16  CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN- | |
| 17  SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a | |
| 18  California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A. | |
| 19  SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive, | Hearing Date:  February 27, 2008<br>Time:          3:00 p.m. |
| 20       Defendants. | Courtroom:     Courtroom 4, 3rd Floor<br>Judge:         Hon. Wayne D. Brazil |
| 21  | Complaint Filed: November 29, 2007 |

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV076440WDB]–PROPOSED ORDER RE DEFS' MTN TO DISMISS**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\Motion to Dismiss\Proposed Order re mtn to dismiss.doc

1    The motion of Defendants Berkel & Company Contractors, Inc. ("Berkel"), Brian Zuckerman ("Zuckerman"), Jessica Braverman-Smith ("Braverman") and Braverman Mediation & Consulting ("BMC") (collectively, "the Moving Defendants"), for dismissal without leave to amend pursuant to Federal Rules of Civil Procedure 12(b), came on for hearing on February 27, 2008.  Appearing for Plaintiff Winifred Gibson-Jones was Patrice R. Zabell, Esq.  Appearing for the Moving Defendants was Linda K. Adler, Esq.  Having reviewed all of the papers and the arguments of the parties and good cause showing,

IT IS HEREBY ORDERED:

(1)    The motion hereby is granted;

(2)    The Third, Fourth and Eighth Causes of Action against Berkel are dismissed with prejudice and without leave to amend;

(3)    The Thirteenth and Fourteenth Causes of Action against Zuckerman are dismissed with prejudice and without leave to amend;

(4)    The Fifth, Ninth and Tenth Causes of Action against Braverman are dismissed with prejudice and without leave to amend;

(5)    The Eleventh and Twelfth Causes of Action against BMC are dismissed with prejudice and without leave to amend;

(6)    Judgment is hereby entered for Berkel, Zuckerman, Braverman and BMC against Plaintiff.

IT IS SO ORDERED.

DATED: _____          _____
                             Honorable Judge of the United States District Court