```
 1  MICHAEL J. VARTAIN [SBN 92366]
    LINDA K. ADLER [SBN 199809]
 2  VARTAIN LAW GROUP
    601 Montgomery Street, Suite 540
 3  San Francisco, CA 94111-2608
    Telephone: [415] 391-1155
 4  Facsimile:  [415] 391-1177

 5  Attorneys for Defendants
    BERKEL & COMPANY CONTRACTORS, INC.,
 6  BRIAN ZUCKERMAN, JESSICA BRAVERMAN-SMITH,
    AND BRAVERMAN MEDIATION & CONSULTING
 7
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| WINIFRED L. GIBSON-JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BERKEL & COMPANY CONTRACTORS, ) <br> INC., a foreign corporation; CHERNE ) <br> CONSTRUCTION COMPANY, a foreign ) <br> corporation; JESSICA BRAVERMAN- ) <br> SMITH, an individual; BRAVERMAN ) <br> MEDIATION AND CONSULTING, a ) <br> California business entity; BRIAN ) <br> ZUCKERMAN, an individual; GREGORY A. ) <br> SCHER, AKA WINGNUT SCHER, an ) <br> individual, and DOES 1-50, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Federal Case No.: **CV 07-6440 WDB** <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV076440WDB]– CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\ConsentMagistrateJudge.doc

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:   January 11, 2008           **VARTAIN LAW GROUP**

BY: /S/ Linda K. Adler
MICHAEL J. VARTAIN
LINDA K. ADLER
Attorneys for Defendants
BERKEL & COMPANY CONTRACTORS, INC., BRIAN ZUCKERMAN, JESSICA BRAVERMAN-SMITH AND BRAVERMAN MEDIATION & CONSULTING

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV076440WDB]– CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.,
6  BRIAN ZUCKERMAN, JESSICA BRAVERMAN-SMITH,
   AND BRAVERMAN MEDIATION & CONSULTING

7

8                   IN THE UNITED STATES DISTRICT COURT
                              FOR THE
9                    NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND
10

11

12 | WINIFRED L. GIBSON-JONES,        ) Case No.: **CV  0 7 – 0 6 4 4 0  WDB**
                                      )
13 |         Plaintiff,                )
                                      ) **PROOF OF SERVICE**
14 | vs.                               )
                                      )
15 | BERKEL & COMPANY CONTRACTORS,     )
     INC., a foreign corporation; CHERNE )
16 | CONSTRUCTION COMPANY, a foreign   )
     corporation; JESSICA BRAVERMAN-   )
17 | SMITH, an individual; BRAVERMAN   )
     MEDIATION AND CONSULTING, a      )
18 | California business entity; BRIAN  )
     ZUCKERMAN, an individual; GREGORY A. )
19 | SCHER, AKA WINGNUT SCHER, an      )
     individual, and DOES 1-50, inclusive, )
20 |                                    )
             Defendants.                )
21 | _____   )

22

23

24

25

26

27

28

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC #CV07-06440WDB]– PROOF OF SERVICE**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\ConsentMagistrateJudge.doc

**PROOF OF SERVICE**
**Gibson-Jones v. Berkel and Company Contractors – USDC-ND: C - 07 – 06440**

I am a resident of the State of California, over the age of eighteen (18) years, and not a party to the within action. My business address is c/o Vartain Law Group, 601 Montgomery Street, Suite 540, San Francisco, California 94111-2608. On January 11, 2008, I served the following document(s) by the method indicated below:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

[X] By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] By transmitting via facsimile on this date from facsimile number [415] 391-1177 the document(s) listed above to the facsimile numbers(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine properly issued the transmission report, which is attached to this proof of service. Service by facsimile was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

[ ] By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ] By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Attorneys for Plaintiff,
Winifred L. Gibson-Jones

Patrice R. Zabell, Esq.
Law Offices
2700 Ygnacio Valley Road, Ste. 270
Walnut Creek, CA  94598
Telephone: 1.925.932.9455
Facsimile: 1.925.932.9468

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service is executed on January 11, 2008, at San Francisco, California.

/S/ Charissa Gung

Charissa Gung