1  PATRICE R. ZABELL, SBN# 215459
   LAW OFFICES OF PATRICE R. ZABELL
2  2700 Ygnacio Valley Road, Suite 270
   Walnut Creek, California 94598-3463
3  Telephone:    (925) 932-9455
   Facsimile:    (925) 932-9468
4
5  Attorney for Plaintiff
   WINIFRED L. GIBSON-JONES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| WINIFRED L. GIBSON-JONES,<br><br>    Plaintiff,<br><br>v.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | **Case No. C V 0 7 - 6 4 4 0 WDB**<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT LEAVE TO AMEND**<br><br>**Hearing Date: February 27, 2008**<br>**Time: 3:00 p.m.**<br>**Courtroom: Courtroom 4, 3rd Floor**<br>**Judge: Hon. Wayne D. Brazil**<br>**Complaint Filed: November 29, 2007** |

The motion of Defendants Berkel & Company Contractors, Inc. ("Berkel"), Brian Zuckerman ("Zuckerman"), Jessica Braverman-Smith ("Braverman") and Braverman Mediation & Consulting ("BMC") (collectively, "the Moving Defendants"), for dismissal without leave to amend pursuant to Federal Rules of Civil Procedure 12(b), came on for hearing on February 27, 2008. Appearing for Plaintiff Winifred Gibson-Jones was Patrice R. Zabell, Esq. Appearing for the Moving Defendants was Linda K. Adler, Esq. Having reviewed all of the papers and the arguments of the parties and good cause showing,

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1
[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT LEAVE TO AMEND
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                Case No. C V 0 7 - 6 4 4 0 WDB

1   IT IS HEREBY ORDERED:

2   (1) The motion hereby is denied in its entirety.

3   IT IS SO ORDERED.

4

5   DATED: _____            _____
                                     Honorable Judge of the United States District Court

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2
[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT LEAVE TO AMEND
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                    Case No. C V 0 7 - 6 4 4 0 WDB