1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile: [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.,
6  BRIAN ZUCKERMAN, JESSICA BRAVERMAN-SMITH
   (erroneously sued as JESSICA BRAVERMAN-SMITH),
7  AND BRAVERMAN MEDIATION & CONSULTING

8              IN THE UNITED STATES DISTRICT COURT
9                          FOR THE
                NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND

11

12

13  WINIFRED L. GIBSON-JONES,                    )
                                                 )   Federal Case No.: **CV  07 – 06440  WDB**
             Plaintiff,                          )
14                                               )
                                                 )
15  vs.                                          )   **DECLARATION OF JESSICA**
                                                 )   **BRAVERMAN IN SUPPORT OF**
16  BERKEL & COMPANY CONTRACTORS,                )   **DEFENDANT BERKEL & COMPANY**
    INC., a foreign corporation; CHERNE          )   **CONTRACTOR, INC.'S REQUEST FOR**
17  CONSTRUCTION COMPANY, a foreign              )   **HEARING AND/OR OBJECTION TO**
    corporation; JESSICA BRAVERMAN-              )   **ORDER RE MOTION TO DISMISS**
18  SMITH, an individual; BRAVERMAN              )
    MEDIATION AND CONSULTING, a                  )
19  California business entity; BRIAN            )
    ZUCKERMAN, an individual; GREGORY A.         )
20  SCHER, AKA WINGNUT SCHER, an                 )   Hearing Date:    February 27, 2008
    individual, and DOES 1-50, inclusive,        )   Time:            3:00 p.m.
21                                               )   Courtroom:       Courtroom 4, 3rd Floor
             Defendants.                          )   Judge:           Hon. Wayne D. Brazil
22  _____          )   Complaint Removed: December 21, 2007

23

24

25

26

27

28

1    I, JESSICA BRAVERMAN, declare:

2    1.    I was retained by Berkel to act as its agent for the sole purpose of assisting

3    Berkel in the investigation of Plaintiff's sexual harassment complaint against Gregory Scher. I

4    make the following statements on my own personal knowledge, and if called upon, could and

5    would, testify thereto.

6    2.    I have read Plaintiff's Verified Complaint.

7    3.    With respect to all of the conduct by me, I was acting in my capacity as an agent

8    of Berkel.

9    4.    With respect to any and all of my conduct, I was acting solely in the interests of

10    Berkel, and not for any benefit to myself.

11    5.    At the time that I was retained by Berkel to investigate Plaintiff's sexual

12    harassment complaint against Mr. Scher, I was affiliated with Defendant Cherne Construction

13    Company, another contractor at the site. I was designated by Berkel to act as its agent for the

14    sole purpose of conducting a limited, neutral investigation of Plaintiff's complaint against Mr.

15    Scher, which I did on or about October 17, 2006. I understood that I was designated by Berkel

16    to conduct the investigation because I was affiliated with Cherne, an outside party in this matter,

17    and it was felt that I was in a good position to conduct a neutral investigation.

18    6.    The first knowledge that I had of Mr. Scher's alleged sexual harassment of

19    Plaintiff was after the alleged harassment took place, when I was contacted by Cherne on or

20    about October 17, 2006 and informed of Plaintiff's complaint. I did not participate in Mr.

21    Scher's alleged acts of sexual harassment of Plaintiff, nor did I assist Mr. Scher in his alleged

22    harassment of Plaintiff.

23    7.    I prepared a report to Brian Zuckerman, dated October 19, 2006, explaining the

24    results of my limited, neutral investigation on or about October 17, 2006. A true and correct of

25    the report I prepared, dated October 19, 2006, is attached as **Exhibit A**.

26    8.    I did not participate in Berkel's decision making process with respect to

27    terminating Mr. Scher's employment with Berkel. Apart from the October 19, 2006 report that I

28    prepared subsequent to my investigation on or about October 17, 2006, the limited assignment

1  for which Berkel had retained me was completed as of the conclusion of my investigation on or

2  about October 17, 2006.

3      9.    My company, Braverman Mediation & Consulting ("BMC"), which is a sole

4  proprietorship, was not in existence during any of the times referenced in Plaintiff's Verified

5  Complaint. BMC did not come into existence until January or February of 2007. I was not

6  acting as an agent of BMC during my investigation of Plaintiff's complaint on or about October

7  17, 2006, as BMC was not even in existence at that time. BMC does not have, and has not had,

8  any involvement with any of the events and/or allegations described in Plaintiff's Verified

9  Complaint.

10      I declare under penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct. Executed this 21st day of February 2008 in Walnut Creek,

12  California.

13

14

15

16  JESSICA BRAVERMAN

17

18

19

20

21

22

23

24

25

26

27

28