UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: February 27, 2008                     Start Time: 3:00 p.m.   End Time: 4:25 p.m.

DOCKET NO.            C 07-6440 WDB
TITLE OF CASE         *Gibson-Jones v. Berkel & Company Contractors, et al.*

APPEARANCES       For Plaintiff:    Patrice R. Zabell, Esq.

                  For Defendant:   Michael J. Vartain, Esq.; Linda K. Adler, Esq.

COURT REPORTER:   Diane Skillman

FTR: 2/27/08, 3:00 p.m.              Hearing:    (X) In Person  ( ) Telephone

PROCEEDINGS

[ ] INITIAL STATUS CONFERENCE            [ ] SETTLEMENT CONFERENCE (1ST)
[ ] FOLLOW-UP STATUS CONFERENCE          [ ] FOLLOW-UP SETTLEMENT CONF.
[ ] PRETRIAL CONF. (NOT FINAL)           [ ] DISCOVERY CONF. (INFORMAL)
[ ] FINAL PRETRIAL CONFERENCE            [ ] DISCOVERY HEARING (FORMAL)
[X] MOTION                               [ ] EXAM. OF JUDGMENT DEBTOR
                                         [ ] EVIDENTIARY HEARING
[ ] OTHER:


ORDER TO BE PREPARED BY:  ( ) Plaintiff   ( ) Defendant   (x) Court


**NOTES**

Court conducted a hearing on Defendants' Motion to Dismiss. See later-filed separate order.

1