| | |
|---|---|
| 1 | MICHAEL J. VARTAIN [SBN 92366] |
|   | LINDA K. ADLER [SBN 199809] |
| 2 | **VARTAIN LAW GROUP** |
|   | 601 Montgomery Street, Suite 540 |
| 3 | San Francisco, CA 94111-2608 |
|   | Telephone: [415] 391-1155 |
| 4 | Facsimile:  [415] 391-1177 |

Attorneys for Defendants
BERKEL & COMPANY CONTRACTORS, INC.,
BRIAN ZUCKERMAN, JESSICA BRAVERMAN
(erroneously sued as JESSICA BRAVERMAN-SMITH),
AND BRAVERMAN MEDIATION & CONSULTING

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| WINIFRED L. GIBSON-JONES, | ) Federal Case No.: **CV 07 – 06440 WDB** |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF JESSICA** |
|   | ) **BRAVERMAN** |
| BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive, | ) |
|   | ) Hearing Date: February 27, 2008 |
|   | ) Time: 3:00 p.m. |
|   | ) Courtroom: Courtroom 4, 3rd Floor |
|   | ) Judge: Hon. Wayne D. Brazil |
| Defendants. | ) Complaint Removed: December 21, 2007 |

I, JESSICA BRAVERMAN, declare:

1. I am the owner of Braverman Mediation & Consulting ("BMC"), a sole proprietorship, and am familiar with the documents related to its formation. I make the following statements on my own personal knowledge, and if called upon, could and would, testify thereto.

2. BMC was not in existence prior to February of 2007.

3. Attached as **Exhibit A** is a true and correct copy of a letter from the IRS, dated February 16, 2007, informing me of BMC's new business identification number.

4. Attached as **Exhibit B** is a true and correct copy of a Fictitious Business Name Statement for BMC, dated March 2, 2007.

5. Attached as **Exhibit C** is a true and correct copy of documents regarding the publication of my new business's name.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of February 2008 in Walnut Creek, California.

_____
JESSICA BRAVERMAN

1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER  [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.,
6  BRIAN ZUCKERMAN, JESSICA BRAVERMAN-SMITH
   AND BRAVERMAN MEDIATION & CONSULTING

7

8                    IN THE UNITED STATES DISTRICT COURT
                              FOR THE
9                    NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND
10

11

12 | WINIFRED L. GIBSON-JONES,              )  Case No.: **CV 07–06440 WDB**
                                            )
13 |         Plaintiff,                     )
                                            )  **PROOF OF SERVICE**
14 | vs.                                    )
                                            )
15 | BERKEL & COMPANY CONTRACTORS,          )
     INC., a foreign corporation; CHERNE    )
16 | CONSTRUCTION COMPANY, a foreign        )
     corporation; JESSICA BRAVERMAN-        )
17 | SMITH, an individual; BRAVERMAN        )
     MEDIATION AND CONSULTING, a            )
18 | California business entity; BRIAN      )
     ZUCKERMAN, an individual; GREGORY A.   )
19 | SCHER, AKA WINGNUT SCHER, an           )
     individual, and DOES 1-50, inclusive,  )
20 |                                        )
             Defendants.                    )
21 | _____)

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**Gibson-Jones v. Berkel and Company Contractors – USDC-ND: C - 07 – 06440**

I am a resident of the State of California, over the age of eighteen (18) years, and not a party to the within action. My business address is c/o Vartain Law Group, 601 Montgomery Street, Suite 540, San Francisco, California 94111-2608. On February 27, 2008, I served the following document(s) by the method indicated below:

- **DECLARATION OF JESSICA BRAVERMAN.**

[ ] By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] By transmitting via facsimile on this date from facsimile number [415] 391-1177 the document(s) listed above to the facsimile numbers(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine properly issued the transmission report, which is attached to this proof of service. Service by facsimile was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

[ ] By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. Signed proof of service by the process server or delivery service is attached to this proof of service.

[X] By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Attorneys for Plaintiff,
Winifred L. Gibson-Jones

Patrice R. Zabell, Esq.
c/o US District Court – Oakland
1301 Clay Street
Oakland, CA 94612-5212

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service is executed on February 27, 2008, at San Francisco, California.

Linda K. Adler

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC #CV07-06440WDB]– PROOF OF SERVICE**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\Motion to Dismiss\ProofService20080227.doc

-1-

FROM : Jessica A Braverman          FAX NO. : 9257988008          Feb. 27 2008 11:07AM P2

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 9003
HOLTSVILLE NY 11742-9003

003928.309209.0012.001 1 MB 0.326 532

Date of this notice: 02-16-2007

Employer Identification Number: ▮▮▮▮▮▮▮▮▮

Form: SS-4

Number of this notice: CP 575 E

JESSICA A   BRAVERMAN
BRAVERMAN MEDIATION & CONSULTING
PO BOX 3695
WALNUT CREEK  CA  94598

003928

For assistance you may call us at
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN ▮▮▮▮▮▮▮▮▮. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label we provided. If this isn't possible, it is very important that you use your EIN and complete name and address exactly as shown above on all federal tax forms, payments and related correspondence. Any variation may cause a delay in processing, result in incorrect information in your account or even cause you to be assigned more than one EIN. If the information isn't correct as shown above, please correct it using tear off stub from this notice and return it to us so we can correct your account.

To receive a ruling or a determination letter recognizing your organization as tax exempt, you should complete Form 1023 Revision 1024, Application for Recognition of Exemption at:

Internal Revenue Service
PO Box 192
Covington, KY 41012-0192

Publication 557, Tax Exempt for Your Organization, is available at most IRS offices or you can download this Publication from our Web site at www.irs.gov. This Publication has details on how you can apply.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records.

* Use this EIN and your name exactly as they appear above on all your federal tax forms.

* Refer to this EIN on your tax related correspondence and documents.

If you have questions, you can call or write to us at the phone number or address at the top of the first page of this notice. If you write, please tear off the stub at the end of this notice and send it along with your letter. Thank you for your cooperation.

STEPHEN L. WEIR,
COUNTY CLERK - RECORDER
822 Main Street
P.O. Box 350, Martinez, Ca 94553
(925) 646-2366

F-0002047-00
FILED
CONTRA COSTA Co. Clerk's Office
STEPHEN L. WEIR, County Clerk

MAR 02, 2007

by: P. Cornelius
Deputy County Clerk

PLEASE PRINT OR TYPE

SEE REVERSE SIDE FOR INSTRUCTIONS

FILING FEE
$15.00 - FOR FIRST BUSINESS NAME ON STATEMENT
$ 5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT AND DOING BUSINESS AT THE SAME LOCATION
$ 5.00 - FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

**FICTITIOUS BUSINESS NAME STATEMENT**

NEW ☒   RENEW ☐     THE NAME[S] OF THE BUSINESS[ES]:

\* BRAVERMAN Mediation & Consulting
(Print Fictitious Business Name[s] on Line Above)

\*\* LOCATED AT: 555 Main Street #318 (PO BOX 3695 Walnut Creek, CA 94598)
(Street Address of Business — If No Street Address Assigned — Give Exact Location of Business Plus P.O. Box or Rural Route)

IN: MARTINEZ, CA 94553
(City and Zip)

IS [ARE] HEREBY REGISTERED BY THE FOLLOWING OWNER[S]:

\*\*\* #1 Jessie A. Braverman, Esq.
(Full Name — Type/Print)

555 Main Street #318
(Residence Address or state of incorporation, if incorporated)

Martinez, CA 94553
(City and Zip)

#2
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

#3
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

#4
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(If More Than 4 Registrants — Attach Additional Sheet Showing Owner Information)

\*\*\*\* This business is conducted by: ☒ an Individual   ☐ Individuals — Husband and Wife   ☐ a General Partnership
☐ a Limited Partnership   ☐ a Corporation   ☐ a Business Trust   ☐ Co-Partners   ☐ a Joint Venture
☐ an Unincorporated Association – other than a Partnership   ☐ a Limited Liability Co.   ☐ Other (specify)

\*\*\*\*\* The registrant commenced to transact business under the fictitious business name or names listed above on 2-1-07

SIGNATURE OF REGISTRANT: /s/

Jessie A. Braverman
(Print name of person signing and, if a Corporate Officer, also state title)

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK OF CONTRA COSTA COUNTY
ON DATE INDICATED BY FILE STAMP ABOVE

N-O-T-I-C-E  THIS FICTITIOUS BUSINESS NAME STATEMENT EXPIRES ON 3/2 20 12. A NEW
FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO 3/2 20 12.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A
FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR



Contra Costa News Register

INCORPORATED
820 MAIN ST. • MARTINEZ, CALIFORNIA 94553
TELEPHONE (925) 934-2780
(925) 229-2910

March 9, 2007

Jessie A. Braverman, Esq.
P. O. Box 3695
Walnut Creek, CA 94598

Re:  Braverman Mediation & Consulting
No. 2007-2047

Pub: Mar. 9, 16, 23, 30, 2007

Fictitious Business Name
Statement                                                $50.00

TERMS: NET 30 DAYS

```
REC'T # 0003619356
March 02, 2007  -----  12:43:26

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder

Document #07-2047     -

Check Number  8770
REQD BY
  FBN Statement            $15.00
                          --------
Total fee ........        $15.00
Amount Tendered...        $15.00
                          --------
Change ..............      $0.00
pls,CC/1/0
```