PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone:     (925) 932-9455
Facsimile:     (925) 932-9468

Attorney for Plaintiff
Winifred L. Gibson-Jones

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| WINIFRED L. GIBSON-JONES,<br><br>Plaintiff,<br><br>vs.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. **CV 07-06440 WDB**<br><br>**PLAINTIFF'S ANSWER TO THE INTERIM ORDER FOLLOWING FEBRUARY 27 2008, HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Plaintiff's counsel respectfully submits the following Answer to the Court's Interim Order Following February 27, 2008, Hearing on Defendants' Motion to Dismiss, (hereinafter, "the Court's Order"). This Answer is based on the Declaration of Patrice R. Zabell in Support of Plaintiff's Answer to the Court's Order, and the exibits attached thereto.

The Court has asked Plaintiff's counsel to file electronically a writing by Friday, February 29, 2008, at 2:00 p.m., indicating whether a contention that BMC was in existence, as

- 1 -

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

**PL.'S ANSWER TO INTERIM ORDER FOLLOWING FEBRUARY 27 2009, HEARING ON DEFENDANTS' MOTION TO DISMISS**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*      Case No.: **CV 07-06440 WDB**

1  a legally congnizable entity, during the period of alleged wrongful conduct by Ms. Braverman
2  has evidentiary support or will likely have evidentiary support after a reasonable opportunity
3  for further investigation or discovery.
4      Pursuant to the Declaration of Patrice R. Zabell in Support of Plaintiff's Answer to the
5  Interim Order and the exhibits attached thereto, Plaintiff contends that BMC was in existence
6  during the period of alleged wrongul conduct by Ms. Braverman by virtue of the fact that Ms.
7  Braverman held out to the world via the Internet that she started Braverman Mediation and
8  Consulting in 1995.  The term, "legally cognizable entity" is a term of art.   Plaintiff does not
9  dispute Ms. Braverman's contention that she first registered Braverman Mediation and
10 Consulting under the law; and so it may not have been a legally cognizable entity under certain
11 laws.  However, Braverman Mediation and Consulting was an association in fact at the time of
12 the alleged wrongdoing and so it may be legally cognizable for certain legal purposes.
13     Respectfully submitted,

DATED:  February 29, 2008        LAW OFFICES OF PATRICE R. ZABELL

By:   /s/ Patrice R. Zabell
      PATRICE R. ZABELL
      Attorney for Plaintiff
      Winifred L. Gibson-Jones

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

- 2 -

**PL.'S ANSWER TO INTERIM ORDER FOLLOWING FEBRUARY 27 2009, HEARING ON DEFENDANTS' MOTION TO DISMISS**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*          **Case No.: CV 07-06440 WDB**