PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone:     (925) 932-9455
Facsimile:      (925) 932-9468

Attorney for Plaintiff
Winifred L. Gibson-Jones

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIFRED L. GIBSON-JONES<br><br>    Plaintiff,<br><br>vs.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. **CV 07-06440 WDB**<br><br>**DECLARATION OF PATRICE R. ZABELL IN SUPPORT OF PLAINTIFF'S ANSWER TO THE INERIM ORDER FOLLOWING FEBRUARY 27, 2008 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

I, Patrice R. Zabell, declare:

1.      I am the attorney for Plaintiff, Winifred L. Gibson-Jones, in the above-captioned matter. I make the following statements on my own personal knowledge, and if called upon, could and would, testify thereto.

2.      I conducted a Google search on Thursday, February 28, 2008, for "Braverman Mediation and Consulting. A true and correct copy of the Google Result is attached as Exhibit A. I then clicked on the links About the California Employment Law Training Center and

-1-

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

**DECLARATION OF PATRICE R. ZABELL IN OPPOSITION TO DEFENDNDANT BERKEL & COMPANY CONTRACTOR, INC.'S REQUEST FOR HEARING AND/OR OBJECTION TO ORDER RE MOTION TO DISMISS**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                               **Case No.: CV 07-06440 WDB**

Attorneys. A true and correct copy of the web page to which I was linked for <u>About the California Employment Law Training Center</u> is attached as Exhibit B. A true and correct copy of the web page to which I was linked for <u>Attorneys</u> is attached as Exhibit C.

3. On February 28, 2008, I received a four-page fax from Linda K. Adler, Esq., attorney for Defendants. At her request, I have attached a true and correct copy of that four-page fax as Exhibit D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of February, 2008 in Walnut Creek, California.

                                       /s/ Patrice R. Zabell
                                    PATRICE R. ZABELL

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

-2-

**DECLARATION OF PATRICE R. ZABELL IN OPPOSITION TO DEFENDNDANT BERKEL & COMPANY CONTRACTOR, INC.'S REQUEST FOR HEARING AND/OR OBJECTION TO ORDER RE MOTION TO DISMISS**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                         Case No.: CV 07-06440 WDB