1  PATRICE R. ZABELL, SBN# 215459
2  LAW OFFICES OF PATRICE R. ZABELL
3  2700 Ygnacio Valley Road, Suite 270
   Walnut Creek, California 94598-3463
4  Telephone:    (925) 932-9455
   Facsimile:    (925) 932-9468
5
   Attorney for Plaintiff
6  Winifred L. Gibson-Jones
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10
11 WINIFRED L. GIBSON-JONES          Case No. **CV 07-06440 WDB**
12         Plaintiff,                **DECLARATION OF PATRICE R. ZABELL**
                                     **IN SUPPORT OF PLAINTIFF'S ANSWER**
13 vs.                               **TO THE INERIM ORDER FOLLOWING**
                                     **FEBRUARY 27, 2008 HEARING ON**
14 BERKEL & COMPANY                  **DEFENDANTS' MOTION TO DISMISS**
15 CONTRACTORS, INC., a foreign
   corporation; CHERNE CONSTRUCTION
16 COMPANY, a foreign corporation;
   JESSICA BRAVERMAN-SMITH, an
17 individual; BRAVERMAN MEDIATION
   AND CONSULTING, a California
18 business entity; BRIAN ZUCKERMAN, an
   individual; GREGORY A SCHER, AKA
19 WINGNUT SCHER, an individual, and
   DOES 1-50, inclusive,
20
           Defendants.
21
22         I, Patrice R. Zabell, declare:
23         1.    I am the attorney for Plaintiff, Winifred L. Gibson-Jones, in the above-captioned
24 matter.  I make the following statements on my own personal knowledge, and if called upon,
25 could and would, testify thereto.
26         2.    I conducted a Google search on Thursday, February 28, 2008, for "Braverman
27 Mediation and Consulting.  A true and correct copy of the Google Result is attached as Exhibit
28 A.  I then clicked on the links About the California Employment Law Training Center and

-1-

DECLARATION OF PATRICE R. ZABELL IN OPPOSITION TO DEFENDNDANT BERKEL &
COMPANY CONTRACTOR, INC.'S REQUEST FOR HEARING AND/OR OBJECTION TO ORDER RE
MOTION TO DISMISS
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*          Case No.: **CV 07-06440 WDB**

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1  Attorneys.  A true and correct copy of the web page to which I was linked for <u>About the</u>

2  <u>California Employment Law Training Center</u> is attached as Exhibit B.  A true and correct copy

3  of the web page to which I was linked for <u>Attorneys</u> is attached as Exhibit C.

4       3.      On February 28, 2008, I received a four-page fax from Linda K. Adler, Esq.,

5  attorney for Defendants.  At her request, I have attached a true and correct copy of that four-

6  page fax as Exhibit D.

7

8       I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct.

10      Executed this 29th day of February, 2008 in Walnut Creek, California.

11                                    /Patrice R. Zabell/

12                          _____

13                              PATRICE R. ZABELL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

**DECLARATION OF PATRICE R. ZABELL IN OPPOSITION TO DEFENDNDANT BERKEL &
COMPANY CONTRACTOR, INC.'S REQUEST FOR HEARING AND/OR OBJECTION TO ORDER RE
MOTION TO DISMISS**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*          **Case No.: CV 07-06440 WDB**

# EXHIBIT A

Web  Images  Maps  News  Shopping  Gmail  more ▼                                    Sign in

Google          | Braverman Mediation & Consulting |   Search    Advanced Search
                                                               Preferences

---

**Web**  Results **1** - **10** of about **2,580** for **Braverman** <u>Mediation</u> **&** <u>Consulting</u>. (**0.35** seconds)

California Employment Law Training Center :: **Braverman Mediation ...**
A Division of **Braverman Mediation & Consulting ...** trouble through conflict
prevention **consulting**, dispute resolution including **mediation** and arbitration, **...**
www.californiaemploymentlawtrainingcenter.com/ - 7k - Cached - Similar pages

> About the California Employment Law Training Center :: **Braverman ...**
> AS A **MEDIATOR**: Starting in 1995, Jessica **Braverman** founded **Braverman
> Mediation & Consulting**, a neutral solutions business dedicated to Alternative
> Dispute **...**
> www.californiaemploymentlawtrainingcenter.com/about-employment-law.html - 18k -
> Cached - Similar pages
> More results from www.californiaemploymentlawtrainingcenter.com »

LinkedIn Directory
Owner, California Employment Law Training Center, a division of **Braverman
Mediation & Consulting**. Current: Owner, California Employment Law Training Center,
**...**
www.linkedin.com/find/b/b89/b89_2.html - 42k - Cached - Similar pages

> LinkedIn: Jessica **Braverman**
> Jessica **Braverman**. Owner, California Employment Law Training Center, a division of
> **Braverman Mediation & Consulting**. San Francisco Bay Area **...**
> www.linkedin.com/pub/4/246/496 - 12k - Cached - Similar pages
> More results from www.linkedin.com »

Attorneys
In 1995 Ms. **Braverman**-Smith started **Braverman Mediation & Consulting** and since
then has served as a court-appointed arbitrator and **mediator** for Yolo, **...**
www.trustandprobatelawgroup.com/Attorney_Biography.html - 18k -
Cached - Similar pages

**Braverman**, Jessica Attorney - California Employment Law Training **...**
Categories: Employment Training, Arbitration & **Mediation ...** Reviews and References
for **Braverman**, Jessica Attorney - California Employment Law Training **...**
local.yahoo.com/details?id=37649403 - 24k - Cached - Similar pages

The Ackert Advisory™
Susan **Braverman**, LCSW-C, ACC, brings over 35 years of coaching and **consulting**
experience to the Senior Coaching Team of The Ackert Advisory™. **...**
www.ackertadvisory.com/advisors.html - 10k - Cached - Similar pages

Sample Contracts - Employment Agreement - The Walt Disney Co. and **...**

---

September 26, 2003 Mr. Alan N. **Braverman** 9540 Lania Lane Beverly Hills, CA. **.....**
**consulting** or other work obtained by you during the offset period and the **...**
contracts.onecle.com/disney/**braverman**.emp.2003.09.26.shtml - 46k -
Cached - Similar pages

## Expert Witness Building Codes
JPC provides construction investigation, forensic services, **consulting** and **...** in
**consulting**, forensic expert witness, litigation support and **mediation ...**
www.hg.org/experts/Experts-Building-Codes.asp - 44k - Cached - Similar pages

## Braverman Engineers - Legal Expert Braverman Engineers
Mr. Ira **Braverman** from **Braverman** Engineers provides advice and strategic solutions
to attorneys, **...** Expert Witness Information; Forensic Science; **Mediation ...**
www.hgexperts.com/hg/ex_consultants.asp?action=page2&pcomp=39984 - 39k -
Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Braverman Mediation & Consulting    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve |
Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT B

**Conflict Prevention :: Dispute Resolution :: HR Consulting :: Training**



PRESENTING: Jessica A. Braverman, Esq. who is an Attorney, Consultant, Mediator and Trainer. For 17 years, Jessica has been a California licensed attorney who also teaches for California State East Bay (Hayward), and University of Phoenix. For 20 years combined, Jessica has been providing Employment Law, Contract Law, HR Consulting, Conflict Resolution and Management and Litigation Prevention interventions to clients, companies and individuals. Jessica is a frequent speaker at Companies on a variety of Employment Law topics.

AS FOUNDER: Jessica's Mission & Purpose for starting CAELTC was to partner with companies and individuals to help them avoid the downward spiral of escalated conflict and litigation. As a trial lawyer for 17 years, Jessica witnessed first hand the devastation lawsuits had on managers, individuals and corporations. By the time most conflict had reached the administrative or litigation stages, the costs, time, and emotional turmoil had already had a negative impact. Low Morale, Attrition, and Productivity were just some of the consequences of escalated conflict. By offering **earlier interventions** for conflict management and conflict prevention, Jessica knows that business relationships can be preserved, re-connected and salvaged. Earlier intervention meant devastation and disputes were averted. CAELTC is dedicated to earlier **detection, intervention, management and resolution** of conflict that is common to every business. The intent is to limit your liability and exposure and to focus on **enhancing** your productivity, morale and profitability.

AS A MEDIATOR: Starting in 1995, Jessica Braverman founded Braverman Mediation, a neutral solutions business dedicated to Alternative Dispute Resolution (ADR) for litigated cases. In fact, Jessica became a Mediator/Arbitrator for Solano, Yolo, Contra Costa, Alameda and Sacramento Counties and acted as a Mediator/Arbitrator in a large variety of civil lawsuits such as Personal Injury, Professional Negligence, Casualty, Construction, Contract, Theft, Auto, Conversion, Assault/Battery, and Real Estate cases. She mediated/arbitrated over 1000 cases with success. Again, Jessica saw first hand how ADR was an effective method of keeping costs, effort, emotional issues and time minimized compared to having

those cases go to court. However, it became even more obvious that if intervention to conflict had occurred even sooner, the benefits of conflict resolution would have been greater. In 2007, Jessica started Braverman Mediation & Consulting and continues to offer ADR solutions and is still called upon by the courts and private companies.

AS A CONSULTANT: The first step in preventing conflict from escalating into a big dispute is to diagnose or identify an issue going on between people or within an organization **before** a spark of some kind ignites that conflict into a bigger problem. Conflict in small doses can be beneficial as it creates an environment to look at problems/issues from various points of view. Unresolved Conflict, however, that is not properly channeled and managed can suddenly snow ball into a giant problem that becomes difficult to diffuse once the momentum begins. Because Jessica has both trial and litigation experiences as an attorney, she is able to work with company HR personnel and staff counsel in providing a full service approach to consulting interventions. She understands the potential issues from all angles and is able to provide total solutions.

Jessica Braverman has worked with organizations, Human resource departments, legal departments, lawyers , administrators and individuals for many years helping them identify potential 'hot spots" for conflict and potential areas for litigation. She is able to provide both legal consulting and human resource consulting from both sides to assist in re-writing or redoing processes and procedures, hand books, contracts and issues such as **FMLA, CA leave, EEOC, DFEH, FEHA, OSHA, NLRB , CA Labor Commissioner, SOX, etc.** Having the correctly worded policies and procedures can often times assist in resolving conflict. In fact, Jessica often suggests adding a conflict resolution provision within company handbooks.

Additionally, once Jessica writes a new policy or procedure, or merely edits the existing one, she can provide training suggestions to help implement the new process. If potential conflict involves Management Skills, she can design, create and implement customized Management or Leadership training that focuses on the needed issues. Proper documentation is critical to organizations and Jessica can assist companies in knowing how to use documentation as a shield rather than having it used as a sword against them.

Jessica has extensive experience in **Labor Relations and Employee Relations** as well. Working with Business Agents, Stewards, Foreman and Superintendents with **every** Craft has involved a positive outcome using creative problem solving approaches within the guidelines of Master Agreements, Collective Bargaining Agreements, etc. Recently, Jessica designed, created and delivered a special Foreman Management & Leadership training as an agreed upon solution for a raised

disagreement within a Labor Union.

AS A TRAINER/FACILITATOR:  Jessica has logged over 1200 hours of "being trained" as a trainer/facilitator and currently is certified through Franklin Covey, Achieveglobal and Wilson Learning on a wide array of programs. Additionally, Jessica has 7 years of customizing training experiences and has delivered her own training to several vertical markets in finance, construction & healthcare industries. Jessica is known for her dynamic and interactive facilitation training style which dazzles the audience and helps them retain and apply the material immediately to the work place. Jessica's feedback evaluations are consistently outstanding.

TOTAL SOLUTIONS OFFERED:  Because of the unique background of Jessica Braverman combining attorney, consultant, mediation and training experiences, CAELTC is able to offer you a full total solution approach to addressing employment and labor relations issues at your company or organization. As a thank you for visiting this website, Jessica is offering you a **FREE 15 minute consultation** by telephone.

Please call her at your convenience at: **(925) 827-4198** or fill out the contact information and she will call you promptly.

CREDENTIALS:  Jessica A. Braverman, Esq. received her Juris Doctor, JD, degree from Golden Gate University School of Law, as an evening student. Jessica was the Notes & Comments Editor of Law Review and the Editor-In-Chief of Caveat. Jessica received her Bachelors of Arts, BA, degree, from Mills College, where she is currently an active Alumna in the East Bay chapter of Mills College Alumnae. In 1990, Jessica became licensed to practice law in California. She worked at several prestigious law firms and was also House Counsel for a major Insurance Company handling trials as a defense civil litigator. Currently, Jessica is an active member of the CA State Bar in excellent standing. She has tried numerous jury trials to verdict with success and had taken/defended over 2000 depositions in her career. Jessica began teaching in 1997 and then worked as a Consultant for 2 major Training Vendors (AchieveGlobal-formerly Zenger-Miller & Wilson Learning International). Jessica also began working as an Adjunct Professor at Cal State Hayward and University of Phoenix teaching Employment Law, Regulatory Law, Business Law, Contract Law, Tort Law, and a nine step problem based learning course called Problem Solving to MBA students. Jessica continues teaching in the evenings. With a combined background in litigation, training, consulting and ADR, Jessica is successful in customizing total solutions for individuals, managers, HR personnel, businesses, entities and Individuals.

Please call today at (925) 827-4198 for a free 15 minute telephone consultation with an attorney regarding conflict at work issues, human resource topics, employment issues, union management situations and employer handbook compliance in California. CAELTC Founder Jessica Braverman is available to speak to your organization. Please use our online contact form to reach us via e-mail.

Copyright © 2007 California Employment Law Training Center :: (925) 827-4198 :: Site Map
A Division of Braverman Mediation & Consulting

# EXHIBIT C

## Trust & Probate Law Group

## Attorneys

111 Deerwood Road, Suite 375
San Ramon, California  94583
925-415-2353

↗ Home
↗ Estate Planning
↗ Emergency Estate Plans
↗ Post-Mortem Admin
↗ When a Loved one Dies
↗ Conservatorships
↗ Attorneys
↗ Resources

**Please Call Attorney Ed Goodson at
925-415-2353 for a free phone consultation**
(up to 20 minutes)



### Edward W. Goodson, Attorney at Law

   Edward W. (Ed) Goodson is a California attorney
who emphasizes estate planning, probate, trust
administration and conservatorship.  He is a former
contract negotiator and program manager for Lucent
Technologies.

   Mr. Goodson has dedicated himself exclusively to
estate, trust, and probate-related cases since July, 2001.
He has drafted over 100 living trust estate plans, and is
one of the very few Bay Area estate planning attorneys
who welcomes home and hospital calls. He has
represented fiduciaries in trust and estate administrations
of many types, including those with complex estate tax
issues and intra-familial litigation, and has been
appointed by the Contra Costa Probate Court to
represent minors in guardianship cases and proposed
conservatees in conservatorship cases. He has
successfully represented clients in probate court in
Contra Costa, Alameda, San Francisco, and Solano
counties with estates up to $15,000,000. He has also
assisted trustees in the administration of trusts up to
$40,000,000.



   Mr. Goodson received his undergraduate degree with
a double major in Development Studies (the study of

societal transformation) and Spanish from the University of California at Berkeley (1988). He received his law degree from the University of Oregon School of Law (1995). He is a member of the state bar association sections of real property and trust and estate law, as well as the Estate Planning Council of Diablo Valley.

### Jessica A. Braverman-Smith, Attorney at Law (of counsel)

Jessica A. Braverman-Smith provides litigation, negotiation, and dispute resolution services to the Trust & Probate Law Group's clients.

Ms. Braverman-Smith began her litigation career in 1990, when she began working as a trial attorney for a premier law firm handling both plaintiff and defense civil litigation. She then joined a well known insurance company as house counsel for several years.

Ms. Braverman-Smith has successfully tried civil litigation cases before juries in Fresno, Sutter, Yuba, Sacramento and San Francisco counties. She co-chaired a multi-million dollar lawsuit on behalf of several plaintiffs in a race discrimination/employment lawsuit. Recently, she obtained a unanimous defense verdict in a difficult truck versus automobile accident case.

In 1995 Ms. Braverman-Smith started Braverman Mediation & Consulting and since then has served as a court-appointed arbitrator and mediator for Yolo, Sacramento, Contra Costa, Alameda and Napa Counties. She also serves as a judge pro tem (substitute judge) when called upon by the courts and most recently was recognized by Yolo County Superior Court for her pro tem and pro bono services.

In 2007, Ms. Braverman-Smith established the California Employment Law Training Center, (a division of Braverman Mediation & Consulting), dedicated to conflict resolution and training, with an eye towards keeping employers and unions out of litigation.

Ms. Braverman-Smith received her law degree from Golden Gate University School of Law, where she was the notes and comments editor of Law Review and Editor in Chief of Caveat, the law school newspaper. She obtained a BA in Jurisprudence and Social Policy

from MillsCollege.

Last updated November 7, 2007
Copyright 2006, 2007 Ed Goodson. All rights reserved.

# EXHIBIT D

# VARTAIN LAW GROUP

Attorneys at Law
601 Montgomery Street, Suite 540
San Francisco, California 94111-2608
Telephone: 1.415.391.1155    Facsimile: 1.415.391.1177

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| DATE:<br>February 28, 2008 | FROM:<br>Linda K. Adler, Esq. |
| TO:<br>Patrice R. Zabell | ORGANIZATION:<br>Law Offices of Patrice R. Zabell |
| FACSIMILE NUMBER:<br>**1.925.932.9468** | TELEPHONE NUMBER:<br>1.925.932.9455 |
| TOTAL NUMBER OF PAGES INCLUDING COVER:<br>* 5 * | MATTER NUMBER:<br>192.001 |
| RE:<br>Winifred Gibson-Jones v. Berkel, et al. | YOUR REFERENCE NUMBER:<br>C 07-6440 WDB |

☒ URGENT          ☒ PLEASE REPLY

NOTES/COMMENTS:

THIS TRANSMISSION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL/ENTITY TO WHOM IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR DUPLICATION OF THIS TRANSMISSION BY SOMEONE OTHER THAN THE INTENDED ADDRESSEE OR ITS DESIGNATED AGENT IS STRICTLY PROHIBITED. IF YOUR RECEIPT OF THIS TRANSMISSION IS IN ERROR, PLEASE NOTIFY THIS FIRM IMMEDIATELY BY COLLECT CALL AND RETURN THE ORIGINAL TRANSMISSION TO US BY U.S. MAIL AT THE ABOVE ADDRESS.

# VARTAIN LAW GROUP

Attorneys at Law

601 Montgomery Street
Suite 540
San Francisco, California 94111-2608
Telephone: (415) 391-1155    Facsimile: (415) 391-1177

February 28, 2008

Patrice R. Zabell, Esq.                              *Via Facsimile & U.S. Mail*
2700 Ygnacio Valley Road, Ste. 270                        1.925.932.9468
Walnut Creek, CA  94598

Re:    **Winifred Gibson-Jones v. Berkel & Company Contractors, Inc., et al.**
       United States District Court – Oakland, Case No. C 07-6440 WDB

Dear Ms. Zabell:

During our telephone conversation this afternoon, you indicated that you thought there were still some ambiguities as to whether Jessica Braverman was acting on behalf of Braverman Mediation & Consulting (BMC) at the time that she conducted her investigation of your client's complaint against Mr. Scher.

I have therefore enclosed two documents: 1) a letter from Cherne confirming Ms. Braverman's acceptance of its offer of employment for an HR Specialist position, and 2) an email letter from Ms. Braverman to Mr. Zuckerman related to her investigation, and which Ms. Braverman signed as "Cherne Resources Consultant, Cherne Contracting Corporation." These documents should resolve any "ambiguities" on your part, as it is clear that Ms. Braverman was an employee of Cherne.

With respect to BMC, as Mr. Vartain explained to you yesterday before the hearing, and as I explained to you again today over the telephone, BMC was not in existence until 2007. This is evidence that has been received by the court in the form of Ms. Braverman's declaration and supporting exhibits regarding the business entity's formation. The reference to Braverman Mediation that you saw on the website refers to the name that Ms. Braverman used when she was doing pro bono work for the courts because she needed to go by something: it does not refer to any business entity that was actually in existence at the time.

I implore you to make note of the court's interim order of today's date which reminds you to be mindful of Rule 11 as you determine what course to take. I also urge you to file this letter and attached documents with your future filings with the court.

S:\Client\192 Berkel\002 Gibson-Jones\Correspondence\Zabell20080228.doc

## VARTAIN LAW GROUP

Patrice R. Zabell
Re: Winifred Gibson-Jones v. Berkel
February 28, 2008
Page 2 of 1


Thank you for your attention to this matter.

Very truly yours,

VARTAIN LAW GROUP

Linda K. Adler

Encls.
cc:       clients

FROM : Jessica A Braverman          FAX NO. : 9257988008          Feb. 28 2008 12:06PM P2



*Performance Driven Construction*

CHERNE CONTRACTING CORPORATION

Catherine C. LaPoint
Vice President, Human Resources

September 18, 2006

cathy.lapoint@cherne.com
Phone # 952-944-4300
Fax # 952-944-4399

Email: (

Ms. Jessica Braverman-Smith
P. O. Box 3695
Walnut Creek CA 94598

Dear Jessica

I am very pleased to send this letter which will confirm your acceptance of our offer of employment with Cherne Contracting Corporation for the part-time position of HR Specialist. Your assignment will be at the Tesoro Golden Eagle Refinery Project in Martinez, California, reporting to Project Manager, Shorty Holsman. We would like your start date to be September 20, 2006. It is anticipated that your schedule will be an average of 16 hours per week. The hours are to be arranged with Shorty. You will be paid for actual hours worked.

Compensation:
Your starting base compensation which is paid on a bi-weekly basis will be $       per hour.

The HR Specialist position is classified as exempt.

Benefits:
In addition, you will be eligible for the benefits described in the attached benefits summary.

A background check will be conducted at the jobsite on your first day of employment. This employment offer is contingent upon us obtaining a clean background check.

All of our jobsites are drug free sites, and each requires certification of the drug free status of every person assigned to the site. While the process varies among the jobsites, you can expect that you will be required to undergo a pre-placement drug screening upon your start date at the jobsite.

Feel free to call me directly at 952-944-4305 if you have any questions about this offer confirmation.

Sincerely,

Catherine C. LaPoint
Vice President, Human Resources

CCL:jhm
Enclosure

cc:    Bill Cherne
       Tom Van Oss
       Keith Fermanich

*Corporate Office*  9855 West 78th Street • Eden Prairie, Minnesota 55344       *Mailing Address*  Post Office Box 975 • Minneapolis, Minnesota 55440

FROM : Jessica A Braverman          FAX NO. : 9257988008          Feb. 28 2008 12:07PM  P5

Page 1 of 1

## Jessica A. Braverman-Smith

| | | | |
|---|---|---|---|
| **From:** | Jessica A. Braverman-Smith | **Sent:** Thu 10/19/2006 6:58 PM | |
| **To:** | br2@berkelca.com | | |
| **Cc:** | | | |
| **Subject:** | Tosoro/Berkel | | |
| **Attachments:** | | | |

Hi Brian:

Just wanted you to know that yesterday morning, I called Winifred Gibson-Jones when I got to work which was about 9am. I asked her how she was doing and she said that things were going ok. I told her that I would be out to the site later that day and if I saw her, I'd see how she was doing. Later in the day, around noon, I was out at the site doing a "safety check" as part of my required safety training. I was with our safety Manager, Bruce. When Bruce and I got out to the site, I saw Winnie and another worker. I said hi to Winnie and asked her how things were going and she said things were going well. She said she was afraid of some repercussion for coming forward the day before, but at that time, when I asked if there had been any repercussions, she said, no, there had not been any.

Today, when I got on site at about 3pm, I was told that Winnie had quit yesterday. I was surprised to hear that.

I have not had any time to put together my investigation, so if you have any questions about the investigation you asked me to do on October 17, please just let me know.

Thank you,

Jessica A. Braverman-Smith

Human Resources Consultant

Cherne Contracting Corporation

925-228-1220 x 2775