1  PATRICE R. ZABELL, SBN# 215459
   LAW OFFICES OF PATRICE R. ZABELL
2  2700 Ygnacio Valley Road, Suite 237
   Walnut Creek, California 94598-3463
3  Telephone:    (925) 932-9455
   Facsimile:    (925) 932-9468
4
5  Attorney for Plaintiff
   WINIFRED L. GIBSON-JONES

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| WINIFRED L. GIBSON-JONES,<br><br>    Plaintiff,<br><br>v.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | **Case No. C V 0 7 - 6 4 4 0 WDB**<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT effective March 10, 2008, the Law Offices of Patrice R. Zabell will relocate to the following address:

   Law Offices of Patrice R. Zabell
   2700 Ygnacio Valley Road, **Suite 237**
   Walnut Creek, CA  94598

/ / /

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1

NOTICE OF CHANGE OF ADDRESS
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                    Case No. C V 0 7 - 6 4 4 0 WDB

1     The telephone and fax numbers remain unchanged.

2   Dated: March 7, 2008                  LAW OFFICES OF PATRICE R. ZABELL

3

4                                     By:   /s/ Patrice R. Zabell, Esq.
                                                 Patrice R. Zabell
5                                                  Attorney for Plaintiff

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2

NOTICE OF CHANGE OF ADDRESS
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*            Case No. C V 0 7 - 6 4 4 0 WDB