**CERTIFICATE OF SERVICE**

**Gibson-Jones v. Berkel & Company Contractors, Inc.**
**Case No. 4:07-cv-06440-WDB**

I am a resident of the State of California, over the age of eighteen (18) years, and not a party to the within action. My business address is 2700 Ygnacio Valley Road, Suite 237, Walnut Creek, California 94598.

On March 12, 2008, I served the following document(s) by the method indicated below:

**FIRST AMENDED VERIFIED COMPLAINT**

☒ By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ By transmitting via facsimile on this date from facsimile number (925) 932-9468 the document(s) listed above to the facsimile number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine properly issued the transmission report, which is attached to this certificate of service. Service by facsimile was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. Signed proof of service by the process server or delivery service is attached to this certificate of service.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this certificate of service.

**Attorneys for Defendant,**
**Cherne Construction Company**

Kathleen Maylin, Esq.
Jackson Lewis et al
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Phone: (415) 394-9400

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this certificate of service is executed on March 12, 2008, at Walnut Creek, California.

/s/ Renee Morrissey
Renee Morrissey

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468