1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER  [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone:  [415] 391-1155
4  Facsimile:   [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.
6  AND JESSICA BRAVERMAN

7

8                    IN THE UNITED STATES DISTRICT COURT
                              FOR THE
9                    NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND

10

11

12 | WINIFRED L. GIBSON-JONES, | Federal Case No**.**:  C V  0 7 - 6 4 4 0  WDB |
|---|---|
|         Plaintiff, | |
| vs. | **DEFENDANT JESSICA BRAVERMAN'S REQUEST FOR JUDICIAL NOTICE** |
| BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, AKA JESSICA BRAVERMAN, HR Consultant, Cherne Contracting Corporation; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive, | **[F.R.C.P. RULE 12(b)]** |
| | Hearing Date:   April 30, 2008 |
| | Time:            1:30 p.m. |
| | Courtroom:    Courtroom 4, 3rd Floor |
|         Defendants. | Judge:           Hon. Wayne D. Brazil |
| | First Amended Complaint filed:   March 11, 2008 |

22

23  **ATTACHED DOCUMENTS:**

24  **Exhibits A** and **B to Declaration of Linda K. Adler**

25

26

27

28

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV076440WDB]– DEFENDANT BRAVERMAN'S REQUEST FOR JUDICIAL NOTICE**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\FAC Motion to Dismiss\Request for Judicial Notice.doc

1    Pursuant to Federal Rules of Evidence, Rule 201, and for the reasons set forth below,
2 Defendant Jessica Braverman respectfully request the Court to take judicial notice of the
3 following documents, true and correct copies of which are attached hereto:

4    1.    Cherne 2006 payroll record for Ms. Braverman (**Exhibit ("Ex.") A** to
5          Declaration of Linda K. Adler); and

6    2.    Letter dated September 18, 2006, from Cherne Contracting Company ("Cherne")
7          to Jessica A. Braverman-Smith (**Ex. B** to Declaration of Linda K. Adler).

8    These exhibits, for which judicial notice is requested, are all of indisputable authenticity.

9    The Court may take judicial notice of official records and reports, the authenticity of
10 which is not disputed, without converting the Rule 12(b)(6) motion into a Rule 56 motion for
11 summary judgment, even though the documents are not mentioned in the complaint. Cal.
12 Federal Rule of Civ. Proc. §201; *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir.
13 1986.)

15 DATED: March 18, 2008            **VARTAIN LAW GROUP**

17                                  BY: /S/ Linda K. Adler
                                        MICHAEL J. VARTAIN
18                                      LINDA K. ADLER
                                        Attorneys for Defendants
19                                      BERKEL & COMPANY CONTRACTORS, INC.
                                        AND JESSICA BRAVERMAN

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV076440WDB]– DEFENDANT
BRAVERMAN'S REQUEST FOR JUDICIAL NOTICE**

S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\FAC Motion to Dismiss\Request for Judicial Notice.doc                    -1-

## Linda Adler

| | |
|---|---|
| **From:** | Maylin, Kathleen G. (S.F.) [MaylinK@jacksonlewis.com] |
| **Sent:** | Thursday, March 06, 2008 3:49 PM |
| **To:** | Linda Adler |
| **Subject:** | FW: Braverman pay records |
| **Attachments:** | SF-ECOPY3_EXCHANGE_03062008-143135.PDF |

Hi Linda,

Here is the pay record for the time period requested.

Please let me know if you need a dec for foundation, although I would think Braverman could look at the record and declare that it reflects the hours she worked and was compensated for.

Thanks,

Kathy

Kathleen Maylin
jackson | lewis
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Phone: (415) 394-9400
Fax: (415) 394-9401
e-mail: maylink@jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank You.

<<SF-ECOPY3_EXCHANGE_03062008-143135.PDF>>





Received Fax : Feb 28 2008 12:04PM Fax Station : HP LASERJET FAX p.2
Case 3:07-cv-06440-PJH    Document 38-3    Filed 03/18/2008    Page 1 of 1

FROM : Jessica A Braverman          FAX NO. : 9257988008          Feb. 28 2008 12:06PM P2



**CHERNE CONTRACTING CORPORATION**

*Performance Driven Construction*

Catherine C. LaPoint
Vice President, Human Resources

September 18, 2006

cathy.lapoint@cherne.com
Phone # 952-944-4300
Fax # 952-944-4399

Email: jbbraverman@yahoo.com

Ms. Jessica Braverman-Smith
P. O. Box 3695
Walnut Creek CA 94598

Dear Jessica

I am very pleased to send this letter which will confirm your acceptance of our offer of employment with Cherne Contracting Corporation for the part-time position of HR Specialist. Your assignment will be at the Tesoro Golden Eagle Refinery Project in Martinez, California, reporting to Project Manager, Shorty Holsman. We would like your start date to be September 20, 2006. It is anticipated that your schedule will be an average of 16 hours per week. The hours are to be arranged with Shorty. You will be paid for actual hours worked.

Compensation:
Your starting base compensation which is paid on a bi-weekly basis will be $55.00 per hour.

The HR Specialist position is classified as exempt.

Benefits:
In addition, you will be eligible for the benefits described in the attached benefits summary.

A background check will be conducted at the jobsite on your first day of employment. This employment offer is contingent upon us obtaining a clean background check.

All of our jobsites are drug free sites, and each requires certification of the drug free status of every person assigned to the site. While the process varies among the jobsites, you can expect that you will be required to undergo a pre-placement drug screening upon your start date at the jobsite.

Feel free to call me directly at 952-944-4305 if you have any questions about this offer confirmation.

Sincerely,

*Catherine LaPoint*
Catherine C. LaPoint
Vice President, Human Resources

CCL:jhm
Enclosure

cc:   Bill Cherne
      Tom Van Oss
      Keith Fermanich

*Corporate Office* 9855 West 78th Street • Eden Prairie, Minnesota 55344       *Mailing Address* Post Office Box 975 • Minneapolis, Minnesota 55440