| | |
|---|---|
| 1 | MICHAEL J. VARTAIN [SBN 92366]<br>LINDA K. ADLER [SBN 199809] |
| 2 | **VARTAIN LAW GROUP**<br>601 Montgomery Street, Suite 540 |
| 3 | San Francisco, CA 94111-2608<br>Telephone: [415] 391-1155 |
| 4 | Facsimile:  [415] 391-1177 |
| 5 | Attorneys for Defendants<br>BERKEL & COMPANY CONTRACTORS, INC. |
| 6 | AND JESSICA BRAVERMAN |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| 11 | WINIFRED L. GIBSON-JONES, | ) |
| 12 | Plaintiff, | ) Federal Case No.:  **CV 07 – 06440  WDB** |
| 13 | vs. | ) **DECLARATION OF LINDA K. ADLER** |
| 14 | BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE | ) |
| 15 | CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN- | ) |
| 16 | SMITH, AKA JESSICA BRAVERMAN, HR Consultant, Cherne Contracting Corporation; | ) |
| 17 | GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, | ) Hearing Date: April 30, 2008 |
| 18 | inclusive, | ) Time: 1:30 p.m.<br>) Courtroom: Courtroom 4, 3rd Floor |
| 19 | Defendants. | ) Judge: Hon. Wayne D. Brazil<br>) First Amended |
| 20 | | ) Complaint filed: March 11, 2008 |

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV  07-06440  WDB]– DECL. OF
LINDA K. ADLER**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\FAC Motion to Dismiss\Adler Decl.doc

I, LINDA K. ADLER, declare:

1. I am an attorney at law duly licensed to practice law in the State of California. I am an associate of Vartain Law Group ("the Law Firm"), attorneys of record for Defendants Berkel & Company Contractors, Inc. and Jessica Braverman ("Defendants") in the above-entitled action filed by Plaintiff Winifred Gibson-Jones ("Plaintiff"). I make this declaration in support of the Law Firm's Request for Judicial Notice and Motion to Dismiss on behalf of Defendant Jessica Braverman. I make the following statements on my own personal knowledge and if called upon, I could and would, testify thereto.

2. On or about March 5, 2008, during a telephone conversation, I spoke with counsel for Cherne Contracting Corporation ("Cherne"), Kathleen Maylin, Esq. at Jackson Lewis. I requested that Ms. Maylin obtain from Cherne a true and correct copy of its corporate payroll records for Jessica Braverman for 2006.

3. On or about March 6, 2008, I received an email letter from Ms. Maylin transmitting the payroll record for Ms. Braverman and offering the transmitted payroll record as a true and correct copy of the pay record for Ms. Braverman for the requested time period. Attached as **Exhibit A** is a true and correct copy of both the March 6, 2008 transmittal letter from Ms. Maylin and the payroll record (social security number redacted) for Ms. Braverman transmitted to me by Ms. Maylin.

4. The face of the payroll record, **Exhibit A**, identifies Ms. Braverman's employee status, namely, that Ms. Braverman was paid as an employee on the payroll of Cherne Contracting Corporation in October 2006, in addition to other time periods in 2006.

5. Attached as **Exhibit B** is a true and correct copy of a letter dated September 18, 2006, addressed from Catherine C. LaPoint, Vice President, Human Resources, Cherne Contracting Corporation, to Ms. Jessica Braverman-Smith, which was transmitted to me by letter from Jessica Braverman on or about February 28, 2008. I transmitted **Exhibit B** to Plaintiff's counsel by letter on or about March 13, 2008.

\\

\\

1  |  I declare under penalty of perjury under the laws of the State of California that the
2  |  foregoing is true and correct. Executed this 18th day of March 2008 in San Francisco,
3  |  California.
4
5
6  |  LINDA K. ADLER
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Linda Adler

| | |
|---|---|
| **From:** | Maylin, Kathleen G. (S.F.) [MaylinK@jacksonlewis.com] |
| **Sent:** | Thursday, March 06, 2008 3:49 PM |
| **To:** | Linda Adler |
| **Subject:** | FW: Braverman pay records |
| **Attachments:** | SF-ECOPY3_EXCHANGE_03062008-143135.PDF |

Hi Linda,

Here is the pay record for the time period requested.

Please let me know if you need a dec for foundation, although I would think Braverman could look at the record and declare that it reflects the hours she worked and was compensated for.

Thanks,

Kathy

Kathleen Maylin
jackson | lewis
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Phone: (415) 394-9400
Fax: (415) 394-9401
e-mail: maylink@jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank You.

<<SF-ECOPY3_EXCHANGE_03062008-143135.PDF>>

3/18/2008



| FILE NUMBER | SOCIAL SECURITY NUMBER | DATA CONTROL | SEX | EMPLOYEE NAME AND ADDRESS | | | COMPANY NAME | QUARTER ENDED | DC CODE |
|---|---|---|---|---|---|---|---|---|---|
| 002970 | XXX-XX-▮ | E | F | BRAVERMAN, JESSICA A<br>PO BOX 3695<br>WALNUT CREEK, CA 94598 | AUTOPAY<br>EMPLOYEE EARNINGS RECORD | ADP | CHERNE CONTRAC | 12/31/2006 | KD |
| CLOCK NO | DATE 1 | DATE 2 | DATE 3 | | | | STATE | SUI/SDI | CITY | RECORD NUMBER |
| XXXXX | 09/20/2006 | 08/31/1962 | | | | | 25CA | 75 | | 12 |

| PAY NO | MO/DAY | DEPT NUMBER | RATE | REGULAR | OVERTIME | HOURS 3+4 | REGULAR 1 | OVERTIME 2 | EARNINGS 3+4 | CD | EARNINGS 5 | CD | GROSS PAY | FEDERAL TAX / STATE | SOC SECUR / MEDICARE | CITY / SUI/SDI | AMOUNT | CD | AMOUNT | CD | AMOUNT | CD | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1008 | 133 | 55.0000 | 2150 | | | 118250 | | | | | | 118250 | 10256 / 1629 | 7332 / 1715 | 100 / 946 | | | | | | | 963.72 |
| 02 | 1022 | 133 | 55.0000 | 3300 | | | 181500 | | | | | | 181500 | 19744 / 3468 | 11253 / 2632 | 00 / 1452 | | | | | | | 1424.51 |
| 03 | 1105 | 133 | 55.0000 | 3200 | | | 176000 | | | | | | 176000 | 18919 / 3748 | 10912 / 2552 | 00 / 1408 | | | | | | | 1384.61 |
| 04 | 1119 | 133 | 55.0000 | 2300 | | | 126500 | | | | | | 126500 | 11494 / 1794 | 7841 / 1834 | 00 / 1012 | | | | | | | 1025.23 |
| 05 | 1203 | 133 | 55.0000 | 2250 | | | 123750 | | | | | | 123750 | 11081 / 1739 | 7673 / 1794 | 100 / 990 | | | | | | | 1004.73 |
| 06 | 1217 | 133 | 55.0000 | 2500 | | | 137500 | | | | | | 137500 | 13144 / 2208 | 8525 / 1994 | 00 / 1100 | | | | | | | 1105.29 |
| 07 | 1217 | 133 | 55.0000 | | | | | | 100000 | B | | | 100000 | 25000 / 9300 | 6200 / 1450 | 00 / 800 | | | | | | | 572.50 |

| TOTALS | REG HOURS 1 | O/T HOURS 2 | HOURS 3 | HOURS 4 | REG. EARNINGS 1 | O/T EARN. 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOCIAL SECURITY TAX / MEDICARE TAX | CITY TAX / SUI/SDI | TOT. VOL. DED. / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR-> | 15700 | | | | 863500 | | 100000 | | | 963500 | 109638 / 24386 | 59738 / 13971 | / 7708 | .00 / 7480.59 |
| YTD-> | | | | | | | | | | 1026750 | 112886 / 24915 | 63660 / 14888 | / 8214 | |

| HOURS/UNITS ANALYSIS | EARNINGS ANALYSIS | STATE ANALYSIS | CITY ANALYSIS | VOLUNTARY DEDUCTION ANALYSIS |
|---|---|---|---|---|
| | 100000 B | 24386 25CA | | |

| FILE NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | COMPANY NAME | QUARTER ENDED | DC CODE |
|---|---|---|---|---|---|
| 002970 | XXX-XX-▮ | BRAVERMAN, JESSICA A | CHERNE CONTRAC | 12/31/2006 | KD |

1997 AUTOMATIC DATA PROCESSING INC.

FROM : Jessica A Braverman          FAX NO. : 9257988008          Feb. 28 2008 12:06PM P2



*Performance Driven Construction*

# CHERNE CONTRACTING CORPORATION

**Catherine C. LaPoint**
Vice President, Human Resources

cathy.lapoint@cherne.com
Phone # 952-944-4300
Fax # 952-944-4399

September 18, 2006

Email: jbbraverman@yahoo.com

Ms. Jessica Braverman-Smith
P. O. Box 3695
Walnut Creek CA 94598

Dear Jessica

I am very pleased to send this letter which will confirm your acceptance of our offer of employment with Cherne Contracting Corporation for the part-time position of HR Specialist. Your assignment will be at the Tesoro Golden Eagle Refinery Project in Martinez, California, reporting to Project Manager, Shorty Holsman. We would like your start date to be September 20, 2006. It is anticipated that your schedule will be an average of 16 hours per week. The hours are to be arranged with Shorty. You will be paid for actual hours worked.

Compensation:
Your starting base compensation which is paid on a bi-weekly basis will be $55.00 per hour.

The HR Specialist position is classified as exempt.

Benefits:
In addition, you will be eligible for the benefits described in the attached benefits summary.

A background check will be conducted at the jobsite on your first day of employment. This employment offer is contingent upon us obtaining a clean background check.

All of our jobsites are drug free sites, and each requires certification of the drug free status of every person assigned to the site. While the process varies among the jobsites, you can expect that you will be required to undergo a pre-placement drug screening upon your start date at the jobsite.

Feel free to call me directly at 952-944-4305 if you have any questions about this offer confirmation.

Sincerely,

*Catherine LaPoint*

Catherine C. LaPoint
Vice President, Human Resources

CCL:jhm
Enclosure

cc:    Bill Cherne
       Tom Van Oss
       Keith Fermanich

---

*Corporate Office* 9855 West 78th Street • Eden Prairie, Minnesota 55344          *Mailing Address* Post Office Box 975 • Minneapolis, Minnesota 55440