1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.
6  AND JESSICA BRAVERMAN

7

8                  IN THE UNITED STATES DISTRICT COURT
                              FOR THE
9                   NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND

10

11

| | |
|---|---|
| 12  WINIFRED L. GIBSON-JONES, | Federal Case No**.: C V  0 7 - 6 4 4 0  WDB** |
| 13          Plaintiff, | |
| 14  vs. | **PROPOSED ORDER RE DEFENDANTS JESSICA BRAVERMAN AND BERKEL & COMPANY CONTRACTORS, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 15  BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, AKA JESSICA BRAVERMAN, HR Consultant, Cherne Contracting Corporation; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive, | |
| | **[F.R.C.P. RULE 12(b)]** |
| | Hearing Date:   April 30, 2008
Time:           1:30 p.m.
Courtroom:      Courtroom 4, 3rd Floor
Judge:          Hon. Wayne D. Brazil
First Amended
Complaint filed: March 11, 2008 |
|         Defendants. | |

1  The motion of Defendant Jessica Braverman ("Ms. Braverman") for dismissal without
2  leave to amend pursuant to Federal Rules of Civil Procedure 12(b), came on for hearing on
3  April 30, 2008.  Appearing for Plaintiff Winifred Gibson-Jones was Patrice R. Zabell, Esq.
4  Appearing for the Ms. Braverman were Michael J. Vartain, Esq. and Linda K. Adler, Esq.
5  Having reviewed all of the papers and the arguments of the parties and good cause showing,
6      IT IS HEREBY ORDERED:
7      (1)   That the motion is hereby granted;
8      (2)   That Paragraphs 5, 6 and 63,  and the portion of the first sentence of Paragraph
9  60 at 13:26, stating, "and Zuckerman," and the portion of Paragraph 46 at 9:19-20, stating, "She
10  had been pregnant, but lost the baby as a result of the accident," be stricken from the First
11  Amended Complaint, without leave to amend.
12      IT IS SO ORDERED.
13
14
15  DATED: _____                    _____
16                                         Honorable Judge of the United States District Court
17
18
19
20
21
22
23
24
25
26
27
28

**GIBSON-JONES v. BERKEL & COMPANY [USDC-ND #CV076440WDB]– PROPOSED ORDER RE DEFS BRAVERMAN AND BERKEL'S MOTION TO STRIKE PORTIONS OF PLF'S FAC**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\FAC Motion to Dismiss\Proposed Order re MTS.doc