1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER  [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone:  [415] 391-1155
4  Facsimile:   [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.,
6  AND JESSICA BRAVERMAN

7

                    IN THE UNITED STATES DISTRICT COURT
8                              FOR THE
                        NORTHERN DISTRICT OF CALIFORNIA
9                              OAKLAND

10

11
   | | |
   |---|---|
   | WINIFRED L. GIBSON-JONES, | Federal Case No.:  C V  0 7 - 6 4 4 0  WDB |
   | Plaintiff, | |
   | vs. | **PROPOSED ORDER RE DEFENDANT JESSICA BRAVERMAN'S MOTION TO DISMISS** |
   | BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, AKA JESSICA BRAVERMAN, HR Consultant, Cherne Contracting Corporation; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive, | **[F.R.C.P. RULE 12(b)]** |
   | | Hearing Date:  April 30, 2008 |
   | | Time:            1:30 p.m. |
   | | Courtroom:   Courtroom 4, 3rd Floor |
   | Defendants. | Judge:           Hon. Wayne D. Brazil |
   | | First Amended Complaint filed:  March 11, 2008 |

1   The motion of Defendant Jessica Braverman ("Ms. Braverman") for dismissal without
2   leave to amend pursuant to Federal Rules of Civil Procedure 12(b), came on for hearing on
3   April 30, 2008.  Appearing for Plaintiff Winifred Gibson-Jones was Patrice R. Zabell, Esq.
4   Appearing for the Ms. Braverman were Michael J. Vartain, Esq. and Linda K. Adler, Esq.
5   Having reviewed all of the papers and the arguments of the parties and good cause showing,
6       IT IS HEREBY ORDERED:
7       (1)    The motion is hereby granted;
8       (2)    The Sixth Cause of Action against Ms. Braverman is dismissed with prejudice
9       and without leave to amend;
10      (3)    Judgment is hereby entered for Ms. Braverman and against Plaintiff.
11
12      IT IS SO ORDERED.
13
14
15  DATED: _____        _____
16                              Honorable Judge of the United States District Court