**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER: CV 07-06440 WDB**
**CASE TITLE: WINIFRED L. GIBSON-JONES-v-BERKEL AND COMPANY CONTRACTORS**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable PHYLLIS J. HAMILTON**

   X   San Francisco Division

   ___   Oakland Division

   ___   San Jose Division for all further proceedings.

This case has been assigned the following new number: **C-07-6440-PJH**

**All future filings should reflect this new number. The old number is no longer applicable to this case. Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated:    3/24/08

FOR THE EXECUTIVE COMMITTEE:

*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:
Copies to:    Courtroom Deputies     Special Projects
Log Book Noted     Entered in Computer 3/24/08 KK

CASE SYSTEMS ADMINISTRATOR:
Copies to:    All Counsel VIA ECF
Transferor CSA