1  PATRICE R. ZABELL, SBN# 215459
2  LAW OFFICES OF PATRICE R. ZABELL
   2700 Ygnacio Valley Road, Suite 237
3  Walnut Creek, California 94598-3463
   Telephone:    (925) 932-9455
4  Facsimile:    (925) 932-9468

5  Attorney for Plaintiff
   WINIFRED L. GIBSON-JONES

6

7

8                          UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

10

11 | WINIFRED L. GIBSON-JONES,                          | Case No. 07-06440 PJH
12 |                                                    |
   |       Plaintiff,                                   | **DECLARATION OF PATRICE R. ZABELL IN
13 |                                                    | OPPOSITION TO DEFENDANTS' BERKEL &
   | v.                                                 | COMPANY CONTRACTORS, INC. AND
14 |                                                    | JESSICA BRAVERMAN'S OBJECTION TO
   | BERKEL & COMPANY                                   | REPORT AND RECOMMENDATION,
15 | CONTRACTORS, INC., a foreign                       | MOTION FOR DE NOVO
   | corporation; CHERNE CONTRACTING                    | DETERMINATION, REQUEST FOR
16 | CORPORATION, a foreign corporation;                | EXPANSION OF RECORD AND REQUEST
   | JESSICA BRAVERMAN-SMITH, AKA                       | FOR *UPJOHN* HEARING**
17 | JESSICA BRAVERMAN, HR Consultant,                  |
   | Cherne Contracting Corporation;                    |
18 | GREGORY A. SCHER, AKA WINGNUT                      |
   | SCHER, an individual, and DOES 1-50,               |
19 | inclusive,                                         |
20 |       Defendants.                                  |

21       I, Patrice R. Zabell, declare as follows:

22       1.      I am the attorney of record for plaintiff, Winifred L. Gibson-Jones, in the above-

23  captioned matter. I have personal knowledge of the following facts, and if called to testify, I can

24  and will testify competently thereto. I make this declaration in opposition to Defendants Berkel

25  & Company Contractors, Inc. and Jessica Braverman's Objection to Report and

26  Recommendation.

27

28
                                                    1
LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

**DECL. OF PATRICE R. ZABELL IN OPP. TO DEFS' BERKEL & COMPANY CONTRACTORS, INC.
AND JESSICA BRAVERMAN'S OBJECTION TO REPORT AND RECOMMENDATION, MOT. FOR DE
NOVO DETERMINATION, REQ. FOR EXPANSION OF RECORD AND REQ. FOR UPJOHN HEARING**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                **Case No.: 07-06440 PJH**

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2. On September 17, 2007, I conducted a Google search for "Jessica Braverman." That search led me to a site, http://www.trustandprobatelawgroup.com, from which I downloaded the information available, attached hereto as Exhibit A.

DATED:  April 9, 2008                              LAW OFFICES OF PATRICE R. ZABELL

                                                          By:     Patrice R. Zabell
                                                                     PATRICE R. ZABELL
                                                                     Attorney for Plaintiff

2

**DECL. OF PATRICE R. ZABELL IN OPP. TO DEFS' BERKEL & COMPANY CONTRACTORS, INC. AND JESSICA  BRAVERMAN'S OBJECTION TO REPORT AND RECOMMENDATION, MOT. FOR DE NOVO DETERMINATION, REQ. FOR EXPANSION OF RECORD AND REQ. FOR UPJOHN HEARING**
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                              **Case No.: 07-06440 PJH**

**EXHIBIT A**

# Trust & Probate Law Group

Attorneys

111 Deerwood Road, Suite 375
San Ramon, California 94583
925-415-2353

- Home
- Estate Planning
- Emergency Estate Plans
- Post Mortem Admin
- When a Loved one Dies
- Conservatorships
- Attorneys
- Resources

**Please Call Attorney Ed Goodson at 925-415-2353 for a free phone consultation** (up to 20 minutes)

### Edward W. Goodson, Attorney at Law



Edward W. (Ed) Goodson is a California attorney who emphasizes estate planning, probate, trust administration and conservatorship. He is a former contract negotiator and program manager for Lucent Technologies.



Mr. Goodson has dedicated himself exclusively to estate, trust, and probate-related cases since July, 2001. He has drafted over 100 living trust estate plans, and is one of the very few Bay Area estate planning attorneys who welcomes home and hospital calls. He has represented fiduciaries in trust and estate administrations of many types, including those with complex estate tax issues and intra-familial litigation, and has been appointed by the Contra Costa Probate Court to represent minors in guardianship cases and proposed conservatees in conservatorship cases. He has successfully represented clients in probate court in Contra Costa, Alameda, San Francisco, and Solano counties with estates up to $15,000,000. He has also assisted trustees in the administration of trusts up to $40,000,000.

Mr. Goodson received his undergraduate degree with a double major in Development Studies (the study of

societal transformation) and Spanish from the University of California at Berkeley (1988). He received his law degree from the University of Oregon School of Law (1995). He is a member of the state bar association sections of real property and trust and estate law, as well as the Estate Planning Council of Diablo Valley.

**Jessica A. Braverman-Smith, Attorney at Law (of counsel)**

Jessica A. Braverman-Smith provides litigation, negotiation, and dispute resolution services to the Trust & Probate Law Group's clients.

Ms. Braverman-Smith began her litigation career in 1990, when she began working as a trial attorney for a premier law firm handling both plaintiff and defense civil litigation. She then joined a well known insurance company as house counsel for several years.

Ms. Braverman-Smith has successfully tried civil litigation cases before juries in Fresno, Sutter, Yuba, Sacramento and San Francisco counties. She co-chaired a multi-million dollar lawsuit on behalf of several plaintiffs in a race discrimination/employment lawsuit. Recently, she obtained a unanimous defense verdict in a difficult truck versus automobile accident case.

In 1995 Ms. Braverman-Smith started Braverman Mediation & Consulting and since then has served as a court-appointed arbitrator and mediator for Yolo, Sacramento, Contra Costa, Alameda and Napa Counties. She also serves as a judge pro tem (substitute judge) when called upon by the courts and most recently was recognized by Yolo County Superior Court for her pro tem and pro bono services.

In 2007, Ms. Braverman-Smith established the California Employment Law Training Center, (a division of Braverman Mediation & Consulting), dedicated to conflict resolution and training, with an eye towards keeping employers and unions out of litigation.

Ms. Braverman-Smith received her law degree from Golden Gate University School of Law, where she was the notes and comments editor of Law Review and Editor in Chief of Caveat, the law school newspaper. She obtained a BA in Jurisprudence and Social Policy

from MillsCollege.

Last updated April 15, 2007
Copyright 2006, 2007 Ed Goodson. All rights reserved.