1  MICHAEL J. VARTAIN [SBN 92366]
   LINDA K. ADLER [SBN 199809]
2  **VARTAIN LAW GROUP**
   601 Montgomery Street, Suite 540
3  San Francisco, CA 94111-2608
   Telephone: [415] 391-1155
4  Facsimile:  [415] 391-1177

5  Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.
6  AND JESSICA BRAVERMAN
   (erroneously sued as JESSICA BRAVERMAN-SMITH)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| WINIFRED L. GIBSON-JONES, | Case No.: **C V 0 7 – 0 6 4 4 0 PJH** |
| Plaintiff, | |
| vs. | **DEFENDANTS BERKEL & COMPANY AND JESSICA BRAVERMAN'S NOTICE OF MOTION REGARDING OBJECTION TO REPORT AND RECOMMENDATION, MOTION FOR DE NOVO DETERMINATION, REQUEST FOR EXPANSION OF RECORD AND REQUEST FOR *UPJOHN* HEARING** |
| BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONSTRUCTION COMPANY, a foreign corporation; JESSICA BRAVERMAN-SMITH, an individual; BRAVERMAN MEDIATION AND CONSULTING, a California business entity; BRIAN ZUCKERMAN, an individual; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive, | |
| Defendants. | Hearing Date: June 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 3, 17th Floor<br>Judge: Phyllis J. Hamilton<br>First Amended<br>Complaint filed: March 11, 2008 |

**TO PLAINTIFF WINNIFRED GIBSON-JONES AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on June 18, 2008 at 9:00 a.m. in Courtroom 3, 17th Floor, of the above-entitled court, or as soon thereafter as the matter may be heard, Defendants Berkel & Company Contractors, Inc. ("Berkel") and Jessica Braverman ("Braverman") (collectively "the Moving Defendants") will move the Court for an order, pursuant to Federal Rules of Civil Procedure, Rule 72(b)(3), 28 USC §636(b)(1), Northern District Civil Local Rules, Rule 72-3 and *Ritchey v. Upjohn Drug Co.,* 139 F.3d 1313 (9th Cir. 1998), granting their Motion Regarding Objection to Report and Recommendation, Motion for De Novo Determination, Request for Expansion of Record and Request for *Upjohn* Hearing.

This Motion, and the supporting documents, were previously filed as an "Objection." However, pursuant to the administrative direction of the Court, these papers are now being re-filed as a noticed motion with a hearing date.

This Motion is based on: 1) this Notice and Objection to Report and Recommendation, Motion for De Novo Determination, Request for Expansion of Record and Request for *Upjohn* Hearing, 2) Defendant Jessica Braverman's Motion to Dismiss the Sixth Claim From the First Amended Complaint, and documents in support thereof, including Declaration of Linda K. Adler and Request for Judicial Notice; 3) the Second Supplemental Declaration of Jessica Braverman; and 4) all pleadings and papers on file with the Court, oral argument, and upon such other evidence as the Court deems appropriate.

DATED: April 16, 2008        **VARTAIN LAW GROUP**

BY: /S/ Linda K. Adler
   MICHAEL J. VARTAIN
   LINDA K. ADLER
   Attorneys for Defendants
   BERKEL & COMPANY CONTRACTORS, INC.
   AND JESSICA BRAVERMAN
   (erroneously sued as JESSICA BRAVERMAN-SMITH)

```
 1  MICHAEL J. VARTAIN [SBN 92366]
    LINDA K. ADLER  [SBN 199809]
 2  VARTAIN LAW GROUP
    601 Montgomery Street, Suite 540
 3  San Francisco, CA 94111-2608
    Telephone: [415] 391-1155
 4  Facsimile:  [415] 391-1177

 5  Attorneys for Defendants
    BERKEL & COMPANY CONTRACTORS, INC.
 6  AND  JESSICA BRAVERMAN
    (erroneously sued as JESSICA BRAVERMAN-SMITH)

 7
              IN THE UNITED STATES DISTRICT COURT
 8                       FOR THE
                  NORTHERN DISTRICT OF
 9                    SAN FRANCISCO

10

11  WINIFRED L. GIBSON-JONES,            )  Case No.: CV  0 7 – 0 6 4 4 0  PJH
                                         )
12         Plaintiff,                    )
                                         )  PROOF OF SERVICE
13  vs.                                  )
                                         )
14  BERKEL & COMPANY CONTRACTORS,        )
    INC., a foreign corporation; CHERNE  )
15  CONSTRUCTION COMPANY, a foreign      )
    corporation; JESSICA BRAVERMAN-      )
16  SMITH, an individual; BRAVERMAN      )
    MEDIATION AND CONSULTING, a          )
17  California business entity; BRIAN    )
    ZUCKERMAN, an individual; GREGORY A. )  Hearing Date:  June 18, 2008
18  SCHER, AKA WINGNUT SCHER, an         )  Time:          9:00 a.m.
    individual, and DOES 1-50, inclusive,)  Courtroom:     Courtroom 3, 17th Floor
19                                       )  Judge:         Phyllis J. Hamilton
           Defendants.                   )  First Amended
20                                       )   Complaint filed:  March 11, 2008
```

---

**GIBSON-JONES v. BERKEL & COMPANY [USDC #CV07-06440PJH]– PROOF OF SERVICE**
S:\Client\192 Berkel\002 Gibson-Jones\Pleadings\Motion for De Novo Determination\NoticeDeNovoDeterm.ple.doc

**PROOF OF SERVICE**
**Gibson-Jones v. Berkel and Company Contractors – USDC-ND: C - 07 – 06440 PJH**

I am a resident of the State of California, over the age of eighteen (18) years, and not a party to the within action. My business address is c/o Vartain Law Group, 601 Montgomery Street, Suite 540, San Francisco, California 94111-2608. On <u>April 16, 2008</u>, I served the following document(s) by the method indicated below:

- **DEFENDANTS BERKEL & COMPANY AND JESSICA BRAVERMAN'S NOTICE OF MOTION REGARDING OBJECTION TO REPORT AND RECOMMENDATION, MOTION FOR DE NOVO DETERMINATION, REQUEST FOR EXPANSION OF RECORD AND REQUEST FOR *UPJOHN* HEARING; and**
- **DEFENDANTS BERKEL & COMPANY CONTRACTORS, INC. AND JESSICA BRAVERMAN'S OBJECTION TO REPORT AND RECOMMENDATION, MOTION FOR DE NOVO DETERMINATION, REQUEST FOR EXPANSION OF RECORD AND REQUEST FOR *UPJOHN* HEARING.**

☐ By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ By transmitting via facsimile on this date from facsimile number [415] 391-1177 the document(s) listed above to the facsimile numbers(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine properly issued the transmission report, which is attached to this proof of service. Service by facsimile was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. Signed proof of service by the process server or delivery service is attached to this proof of service.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Attorneys for Plaintiff,
Winifred L. Gibson-Jones

Patrice R. Zabell, Esq.
Law Offices
2700 Ygnacio Valley Road, Ste. 270
Walnut Creek, CA  94598
Telephone: 1.925.932.9455
Facsimile: 1.925.932.9468

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service is executed on <u>April 16, 2008</u>, at San Francisco, California.

/S/ Charissa Gung
Charissa Gung

## FedEx Ship Manager®

Your Shipment Details

| | | | |
|---|---|---|---|
| **From:** | Linda Adler, Esq.<br>Vartain Law Group<br>601 Montgomery Street, Suite 540<br>San Francisco, CA  94111<br>US<br>4153911155 | **Package type:** | FedEx Envelope |
| | | **Pickup/Drop Off:** | give to scheduled courier at my location |
| | | **Weight:** | 1  LBS |
| | | **Dimensions:** | 0 x 0 x 0 in |
| | | **Declared value:** | 0  USD |
| | | **Shipper account number:** | *************** |
| **To:** | Patrice Zabell<br>Law Offices<br>2700 YGNACIO VALLEY RD STE 237<br>WALNUT CREEK, CA 945983463<br>US<br>9259329455 | **Bill transportation to:** | *************** |
| | | **Courtesy rate quote:*** | 11.05 |
| | | **Discounted variable %** | |
| | | **Cod amount** | |
| | | **Special services:** | Deliver without signature |
| | | **Shipment Purpose:** | |
| | | **Shipment type:** | Express |
| | | **Commercial/Residential Status:** | Commercial |
| **Tracking no:** | 790986454031 | | |
| **Your reference:** | Gibson-Jones Berkel | | |
| **Ship date:** | Apr 16 2008 | | |
| **Service type:** | Priority Overnight | | |

**Please note :**
. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.