PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 237
Walnut Creek, California 94598-3463
Telephone:     (925) 932-9455
Facsimile:     (925) 932-9468

Attorney for Plaintiff
WINIFRED L. GIBSON-JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| WINIFRED L. GIBSON-JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONTRACTING CORPORATION, a foreign corporation; JESSICA BRAVERMAN-SMITH, AKA JESSICA BRAVERMAN, HR Consultant, Cherne Contracting Corporation; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. C V 0 7 - 6 4 4 0 PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CHERNE CONTRACTING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIFTH CLAIM**<br><br>**Hearing Date:**     **June 4, 2008**<br>**Time:**                     **9:00 a.m.**<br>**Courtroom:**          **3**<br>**Judge:**                   **Hon. Phyllis J. Hamilton** |

     The motion of Defendant Cherne Contracting Corporation ("Cherne") for dismissal of plaintiff's fifth cause of action pursuant to Federal Rules of Civil Procedure 12(b), came on for hearing on June 4, 2008. Appearing for Plaintiff Winifred Gibson-Jones was Patrice R. Zabell, Esq. Appearing for the Moving Defendant was Kathleen Maylin, Esq. Having reviewed all of the papers and the arguments of the parties and good cause showing,

/ / /

/ / /

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 237
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1

[PROPOSED] ORDER DENYING DEFENDANT CHERNE CONTRACTING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIFTH CLAIM
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*                    Case No. C V 0 7 - 6 4 4 0 PJH

1    IT IS HEREBY ORDERED:

2    (1) The motion hereby is denied in its entirety.

3    IT IS SO ORDERED.

4

5    DATED: _____        _____

6                                  Honorable Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 237
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2

[PROPOSED] ORDER DENYING DEFENDANT CHERNE CONTRACTING CORPORATION'S MOTION TO
DISMISS PLAINTIFF'S FIFTH CLAIM
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*        Case No. C V 0 7 - 6 4 4 0 PJH