UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WINIFRED GIBSON-JONES,

    Plaintiff,

    v.

BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation, et al.,

    Defendants.

_____/

No. C 07-6440 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant Cherne Contracting Corporation's motion to dismiss, which was previously set for June 4, 2008, at 9:00 a.m., has been CONTINUED to June 18, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to be heard in conjunction with the pending motion for de novo determination.

**IT IS SO ORDERED**.

Dated: May 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge