PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 237
Walnut Creek, California 94598-3463
Telephone:     (925) 932-9455
Facsimile:      (925) 932-9468

Attorney for Plaintiff
WINIFRED L. GIBSON-JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| WINIFRED L. GIBSON-JONES,<br><br>    Plaintiff,<br><br>v.<br><br>BERKEL & COMPANY CONTRACTORS, INC., a foreign corporation; CHERNE CONTRACTING CORPORATION, a foreign corporation; JESSICA BRAVERMAN-SMITH, AKA JESSICA BRAVERMAN, HR Consultant, Cherne Contracting Corporation; GREGORY A. SCHER, AKA WINGNUT SCHER, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 07-06440 PJH<br><br>**DECLARATION OF PATRICE R. ZABELL IN OPPOSITION TO DEFENDANTS' BERKEL & COMPANY CONTRACTORS, INC. AND JESSICA BRAVERMAN'S MOTION REGARDING OBJECTION TO REPORT AND RECOMMENDATION, MOTION FOR DE NOVO DETERMINATION, REQUEST FOR EXPANSION OF RECORD AND REQUEST FOR UPJOHN HEARING**<br>_____<br>**Hearing Date: June 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 3, 17th Floor<br>Judge: Phyllis J. Hamilton<br>First Amended Complaint filed: March 11, 2008** |

I, Patrice R. Zabell, declare as follows:

1.      I am the attorney of record for plaintiff, Winifred L. Gibson-Jones, in the above-captioned matter.  I have personal knowledge of the following facts, and if called to testify, I can and will testify competently thereto.  I make this declaration in opposition to Defendants Berkel & Company Contractors, Inc. and Jessica Braverman's Objection to Report and Recommendation.

1

DECLARATION OF PATRICE R. ZABELL IN OPP. TO DEFENDANTS' BERKEL AND BRAVERMAN'S MOTION REGARDING OBJECTION TO REPORT AND RECOMMENDATION, MOTION FOR DE NOVO DETERMINATION, REQUEST FOR EXPANSION OF RECORD AND REQUEST FOR UPJOHN HEARING
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*; **Case No.: 07-06440 WDB**

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2. On September 17, 2007, I conducted a Google search for "Jessica Braverman." That search led me to a site, http://www.trustandprobatelawgroup.com, from which I downloaded the information available, attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of May, 2008, in Walnut Creek, California.

LAW OFFICES OF PATRICE R. ZABELL

By: <u>Patrice R. Zabell</u>
     PATRICE R. ZABELL
     Attorney for Plaintiff

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2

DECLARATION OF PATRICE R. ZABELL IN OPP. TO DEFENDANTS' BERKEL AND BRAVERMAN'S MOTION REGARDING OBJECTION TO REPORT AND RECOMMENDATION, MOTION FOR DE NOVO DETERMINATION, REQUEST FOR EXPANSION OF RECORD AND REQUEST FOR UPJOHN HEARING
*Gibson-Jones v. Berkel & Company Contractors, Inc., et al.*; **Case No.: 07-06440 WDB**

# EXHIBIT A

# Trust & Probate Law Group

Attorneys

111 Deerwood Road, Suite 375
San Ramon, California 94583
925-415-2353

- Home
- Estate Planning
- Emergency Estate Plans
- Post Mortem Admin
- When a Loved one Dies
- Conservatorships
- Attorneys
- Resources

**Please Call Attorney Ed Goodson at 925-415-2353 for a free phone consultation** (up to 20 minutes)

### Edward W. Goodson, Attorney at Law

Edward W. (Ed) Goodson is a California attorney who emphasizes estate planning, probate, trust administration and conservatorship. He is a former contract negotiator and program manager for Lucent Technologies.

Mr. Goodson has dedicated himself exclusively to estate, trust, and probate-related cases since July, 2001. He has drafted over 100 living trust estate plans, and is one of the very few Bay Area estate planning attorneys who welcomes home and hospital calls. He has represented fiduciaries in trust and estate administrations of many types, including those with complex estate tax issues and intra-familial litigation, and has been appointed by the Contra Costa Probate Court to represent minors in guardianship cases and proposed conservatees in conservatorship cases. He has successfully represented clients in probate court in Contra Costa, Alameda, San Francisco, and Solano counties with estates up to $15,000,000. He has also assisted trustees in the administration of trusts up to $40,000,000.

Mr. Goodson received his undergraduate degree with a double major in Development Studies (the study of





societal transformation) and Spanish from the University of California at Berkeley (1988). He received his law degree from the University of Oregon School of Law (1995). He is a member of the state bar association sections of real property and trust and estate law, as well as the Estate Planning Council of Diablo Valley.

**Jessica A. Braverman-Smith, Attorney at Law (of counsel)**

Jessica A. Braverman-Smith provides litigation, negotiation, and dispute resolution services to the Trust & Probate Law Group's clients.

Ms. Braverman-Smith began her litigation career in 1990, when she began working as a trial attorney for a premier law firm handling both plaintiff and defense civil litigation. She then joined a well known insurance company as house counsel for several years.

Ms. Braverman-Smith has successfully tried civil litigation cases before juries in Fresno, Sutter, Yuba, Sacramento and San Francisco counties. She co-chaired a multi-million dollar lawsuit on behalf of several plaintiffs in a race discrimination/employment lawsuit. Recently, she obtained a unanimous defense verdict in a difficult truck versus automobile accident case.

In 1995 Ms. Braverman-Smith started Braverman Mediation & Consulting and since then has served as a court-appointed arbitrator and mediator for Yolo, Sacramento, Contra Costa, Alameda and Napa Counties. She also serves as a judge pro tem (substitute judge) when called upon by the courts and most recently was recognized by Yolo County Superior Court for her pro tem and pro bono services.

In 2007, Ms. Braverman-Smith established the California Employment Law Training Center, (a division of Braverman Mediation & Consulting), dedicated to conflict resolution and training, with an eye towards keeping employers and unions out of litigation.

Ms. Braverman-Smith received her law degree from Golden Gate University School of Law, where she was the notes and comments editor of Law Review and Editor in Chief of Caveat, the law school newspaper. She obtained a BA in Jurisprudence and Social Policy



from MillsCollege.

Last updated April 15, 2007
Copyright 2006, 2007 Ed Goodson. All rights reserved.