MICHAEL J. VARTAIN [SBN 92366]
LINDA K. ADLER [SBN 199809]
**VARTAIN LAW GROUP**
601 Montgomery Street, Suite 540
San Francisco, CA 94111-2608
Telephone: [415] 391-1155
Facsimile: [415] 391-1177

Attorneys for Defendants
BERKEL & COMPANY CONTRACTORS, INC.
AND JESSICA BRAVERMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| WINIFRED L. GIBSON-JONES, ) | Federal Case No.: CV 07 – 06440 WDB |
| Plaintiff, ) | |
| ) | **THIRD SUPPLEMENTAL** |
| vs. ) | **DECLARATION OF JESSICA** |
| ) | **BRAVERMAN** |
| BERKEL & COMPANY CONTRACTORS, ) | |
| INC., a foreign corporation; CHERNE ) | |
| CONSTRUCTION COMPANY, a foreign ) | |
| corporation; JESSICA BRAVERMAN- ) | |
| SMITH, AKA JESSICA BRAVERMAN, HR ) | |
| Consultant, Cherne Contracting Corporation; ) | |
| GREGORY A. SCHER, AKA WINGNUT ) | Hearing Date: June 18, 2008 |
| SCHER, an individual, and DOES 1-50, ) | Time: 9:00 a.m. |
| inclusive, ) | Courtroom: Courtroom 3, 17th Floor |
| ) | Judge: Phyllis J. Hamilton |
| Defendants. ) | First Amended |
| ) | Complaint filed: March 11, 2008 |

I, JESSICA BRAVERMAN, declare:

I was retained by Berkel & Company Contractors, Inc. ("Berkel") in my capacity as a Cherne Contracting Corporation HR employee for the sole purpose of assisting Berkel in the investigation of Plaintiff's sexual harassment complaint against Defendant Gregory Scher. I make the following statements on my own personal knowledge, and if called upon, could and would testify thereto.

1. I have read Plaintiff's First Amended Verified Complaint ("FAC").

2. With respect to all of the times referenced in the FAC, I was not an "employer." I did not regularly employ—either on my behalf or on behalf of any entity—one or more persons, nor was I regularly receiving the services of one or more persons providing services pursuant to a contract, or any person acting as an agent of an employer, directly or indirectly, the state, or any political or civil subdivisions of the state, and cities.

3. In fact, I did not employ any individuals at all, ever.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of June 2008 in Walnut Creek, California.



JESSICA BRAVERMAN

GIBSON-JONES v. BERKEL [USDC-ND #CV 07-06440 WDB]- THIRD SUPPLEMENTAL BRAVERMAN DECL.

C:\Documents and Settings\Jess\Local Settings\Temporary Internet Files\Content.IE5\WHQZW1A3\Supplemental%20Braverman%20Decl[1].doc     -1-