UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** June 18, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6440 PJH

**Case Name:** Winifred L. Gibson-Jones v. Berkel & Company Contractors, et al.

**Attorney(s) for Plaintiff:**         Patrice Zabell
**Attorney(s) for Defendant:**    Michael Vartain and Linda Adler (Berkel and Braverman)
                                                      Kathleen Maylin (Cherne)

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Lydia Zinn

**PROCEEDINGS**

    Defendants Berkel & Company and Jessica Braverman's Motion Regarding Objection to Report and Recommendation, Motion for De Novo Determination, Request of Expansion of Record and Upjohn Hearing-DENIED as stated on the record. The case is remanded to state court.

    Defendant Cherne Contracting Corporation's Motion to Dismiss-Not Held.

**Order to be prepared by:**   [] Pl  [] Def  [x] Court

**Notes:**

**cc: file**