**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                          415.522.2000

June 15, 2005

Contra Costa County Superior Court
725 Court Street
P.O. Box 911
Martinez, CA 94553

RE:  CV-07-6440 PJH   Gibson-Jones v. Berkel & Company Contractors, Inc., et al.
        **Your Case Number: (C-07-02611)**

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

              (X)      Certified copies of docket entries

              (X)      Certified copies of Remand Order

              ()        Other

        Please acknowledge receipt of the above documents on the attached copy of this letter.


                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk

                                        *Felicia Reloba*

                                        by: Felicia Reloba
                                        Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg